UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.

| | |
|---|---|
| DONNAHUE GEORGE | VERFIED COMPLAINT |
| | JURY TRIAL DEMAND |
| Plaintiff | |
| v. | |
| KEN GRIFFIN |  FILED BY ___ D.C. AUG 17 2021 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - FT. LAUD. |
| CITADEL SECURITIES MARKET MAKER | |
| CITADEL CONNECT DARK POOL | |
| CITADEL LLC HEDGE FUND | |
| SECURITIES EXCHANGE COMMISSION | |
| FNRA | |
| DTCC | |
| ROBINHOOD | |
| WEBULL | |
| Defendants | |

## PARTIES

**Plaintiff**

Donnahue George at 1012 NW 2nd st Fort Lauderdale Florida 33311

**Defendants**

SECURITY EXCHANGE COMMISSION

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**FNRA**

55 West Monroe St suite 2600 Chicago IL 60603

**DTCC**

55 Water St  New York NY 10041

**ROBINHOOD FINANCIAL LLC**

85 Willow road Menlo Park CA 94025

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005

**Basis of Jurisdiction**

The Basis of federal court Jurisdiction is a Federal Question

    A. Violation of my 4th 5th and 14th Amendment of Constitution
    B. U.S. Code 1983 Civil action for deprivation of Rights
    C. The amount in controversy is over $75,000  and $100,000,000 in punitive damages
    D. RICO Violations 18 U.S.C. § 1962(c),
    E. Diversity Parties are from different jurisdictions 28 U.S.C 1332
    F. Antitrust laws Sherman Act 1890 Clayton Act 1940 Federal Trade Commision act of 1914

    The Plaintiff, Donnahue George upon information and belief, as and for his complaint against the Defendants, say:

## **INTRODUCTION**

1. This case arises out of the fact that the SEC and other government agencies have breached the contract that they have with myself and other United States Citizens. We pay them to protect our interest as retail investors and insure a fair and open Market, and by accepting those payments they contract to protect the integrity of the market. .The SEC FNRA and the DTCC have breached the contract that they have with myself other American citizens and the entire worlds economic system. They breached the contract by turning a blind eye to the irregularities and illegal acts in the market and allow this malfeasance to continue, costing Donnahue George losses of $1,700,000.00 and other retail investors millions of dollars. Even when these government agencies put on an appearance of fining theses bad actors in our markets, the fines and punishments are so small that instead of acting as a deterrent the fines and punishments actually embolden the bad actors to continue their bad behavior.

2. Robinhood, Webull along with Ken Griffin Citadel, Citadel Connect, Citadel Securities SEC, FNRA and DTCC have created an Enterprise and Conspired and participated in conduct that manipulated the Market and controlled the prices of stocks, to the detriment of myself and other retail investors. The Defendants pattern of behavior of allowing market

manipulation or participating in Market Manipulation is ongoing and continuous and a violation of United States Antitrust Laws. The Defendants established a private Dark pool in order to manipulate the price of securities and derivatives. The Defendants actions and the Government agencies inaction were direct cause of my monetary losses. Citadel Connect acts as a private Dark Pool and while the SEC has strict regulations regarding dark pool registration Citadel Connect has been given free rein by SEC FNRA and DTCC to operate outside the law to the detriment of Donnahue George and other retail investors nationally and internationally.

3. The Defendants committed substantive Rico Violations per 18 USC Section 1962 resulting in the plaintiff Donnahue George losing money and the Injury occurred because of the Defendants substantive RICO violations. The Defendants committed counterfeiting and wire fraud by counterfeiting and selling fake synthetic shares into the market that they knew did not exist and then sending electronic wire to plaintiff alleging they wired the stocks and derivatives through WEbull and Robinhood that Plaintiff purchased when in reality they wired nothing.

4. The abusive shorting are not the random act of renegade hedge funds and market makers with the SEC FNRA and DTCC turning a blind eye, but rather a coordinated business plan that is carried out by a collusive

consortium and enterprise of hedge funds prime brokers and Market makers under the closed eyes of the Government agencies that we are paying to protect our interests.

5. The predicate actions of all the defendants were continuous and interrelated

6. The Defendants participated in conduct that was interrelated. The action of the Defendants created an enterprise because they all benefited from their illegal activity. The Defendants have established a pattern of behavior over the past years in furtherance of their market manipulation and illegal activities. The Defendants action and the Government agencies inactions are the direct reason for Donnahue George losses.

7. The actions of Defendants Ken Griffin Citadel LLC Citadel Securities and Citadel Connect actions are a direct violation of the Sherman act of 1890 the Clayton Act of 1914 and the Federal Trade Commission act of 1914 They have an illegal monopoly on the market and the SEC FNRA and DTCC turn a blind eye to these violations. The Defendants illegal Monopoly are the direct cause of Donnahue George monetary losses.

## Breach of Contract

8. The elements for a breach of contract require that 1. The existence of a contract 2. Performance by the Plaintiff 3, failure to perform the contract on the part of the defendant 4. Resulting damages to the plaintiff.

9. The SEC FNRA and DTCC had a Contract with the American people to insure an open and fair market, 2 The Plaintiff performed buy paying the SEC FNRA and the DTCC their salary every year 3 The SEC FNRA and the DTCC failed to perform by turning a blind eye for years to all the illegal activities of the Hedgefunds Market Makers and Dark Pools and when acting like they were fulfilling their obligations under the contract by punishing the bad actors they only fined the bad actors a small amount compared to the profits the bad actors received from their bad behavior. These miniscule fines instead of deterring bad behavior, encouraged the bad behavior and the bad actors just looked at the petty fines as a cost of doing business 4 The Defendants failure to perform was the direct result of Plaintiff Donnahue George monetary losses.

## RICO Violations

10. In order to establish a RICO violation, four basic elements must be proven: a pattern of racketeering activity, a culpable person with the requisite mens rea, an enterprise, and an effect on interstate commerce. However, additional elements may be necessary depending on the nature of the claim for civil liability.

11. To prevail on a civil RICO claim, a plaintiff must identify a culpable person who actually committed the RICO violation or conspired to do so. However,

under the RICO statute, the "culpable person" can be any individual or entity capable of holding a legal or beneficial interest in property. The plaintiff must also be able to demonstrate that the culpable person possessed the mental state required to commit the alleged predicate offenses. In other words, it must be shown that the defendant intended to commit predicate acts despite having the knowledge that those acts were illegal.

12. The SEC DTCC FNRA Ken Griffin Citadel Connect Citadel Securities Citadel LLC Robin Hood and WEbull are individuals under the definition established by the RICO statute and possess the Mental State required to commit the predicate offenses alleged in this complaint. The Defendants committed these acts despite having complete knowledge that their actions were illegal and contrary to multiple federal laws and statutes.

13. Under RICO, any legal entity, individual, or group of associated individuals may be considered an enterprise. Informal associations, or association-in-fact enterprises, may still be considered enterprises if it can be shown that the individuals involved worked together in furtherance of a common illegal interest. Additionally, the enterprise must be a distinct and separate entity from the established culpable individual.

14. The SEC DTCC FNRA Ken Griffin Citadel Connect Citadel Securities Citadel LLC Robinhood and WEbull are distinct and separate individuals and

worked together to manipulate the price of AMC and GME shares to benefit themselves at the detriment of myself and other retail investors nationally and internationally.

15. Predicate acts are independently illegal, racketeering activities. Under RICO, certain specifically enumerated federal crimes and certain state offenses are prohibited and are deemed "predicate acts" necessary to state a claim under RICO. The list of prohibited activities includes, among others, wire or mail fraud, money laundering, counterfeiting, embezzlement, illegal gambling, extortion, and bribery.

16. The Defendants committed wire fraud by electronically sending fake counterfeit shares that they knew did not exist through my Webull and Robinhood account electronically. The Defendants committed counterfeiting by fabricating and counterfeiting fake synthetic shares and selling them into the market and shorting them into the market even though they knew that selling fake naked shorts was illegal and banned since 2008.

17. The Defendants Citadel LLC Citadel Connect Citadel Securities along with Robinhood and Webull conspired to hold our buy orders in order to buy in front of me in order to gain a distinctive illegal advantage. Citadel was fined $700,000 in the past for this illegal activity but that fine was not significant enough to stop that bad behavior. They routed buy orders through the dark

pool and flooded the regular market with sell orders in order to manipulate the price of AMC and GME stock. The Dark pool volume for AMC and GME is over 60% no other stock has that type of Dark Pool volume. Retail traders do not trade on the Dark Pool so this is further evidence of the Defendants utilizing the Dark Pools to Manipulate the market. They coordinated Ladder attacks to control and manipulate the price of AMC and GME stock buying and selling shares between them at pre determined prices in order to bring down the stock. The Defendants Manipulation of the AMC stock in the dark pool resulted in losses to Plaintiff Donnahue George

18. Even though naked shorts have been illegal since 2008 The Defendants continue to fabricate naked shorts of AMC and GME to flood the markets with the naked shorts in order to manipulate the stock price. Until a correct and accurate share count is done we will not know how many counterfeit shares are being traded. There are probably Billions of fake synthetic shares of AMC and GME flooding the market. The SAY technology website showed that 1% of retail investors owned 10% of AMC shares. That suggests billion of fake shares being traded in the market.

19. The Defendants abuse the Failure to Deliver system (FTD) to further manipulate the market. The Defendants never covered the Failure to Delivers instead they just move the Debt from bank to bank to give the appearance of

covering further manipulating the market and putting the entire United States economic system at risk. Citadel Securities was fined 58 times for in the last few years, In February of 2021 They were fined again a mere $10,000 for failing to deliver shares again during the GME squeeze. How can fines like that deter bad behavior? The Defendants continue on this illegal course of action resulting in daily losses to Plaintiff Donnahue George because there are no consequences that deter their bad behavior.

20. The Defendants are also using round lot and odd lot algorithmic trading to further manipulate the market. They set up the algorithmic system in order to keep the price down by not counting shares bought below the block amount of 100 shares the same as blocks of shares bought in 100 share blocks.

21. The Defendants also utilized the short exempt rule to further manipulate the market. The short exempt rule is unregulated and works on the honor system. It puts the burden on the hedge fund to report any violation of the Short exempt rule. Whenever a stock goes down more than 10% in a day The next day hedge funds are not allowed to short the stock at a lower price but the short exempt rule allows the hedge funds to ignore the uptick rule and continue to short a stock into oblivion. They utilize the short exempt rule in order to ignore the uptick rule to further manipulate the price action.

22. The Defendants have utilized mass media and social media as another way to manipulate stock prices. They have co conspirators in mass media who write and broadcast information that they know to be incorrect in order to manipulate stock prices. They utilize bots and paid shills which are people that are paid to enter social media rooms to spread lies and FUD Fear Uncertainty Doubt in order to get retail investors to buy or sell their stocks.

23. The Defendant Citadel LLC has paid Janet Yellen $7,000,000 in speaking fees this same defendant has donated $68,000,000 to Government funds and donated money to all the individuals who voted against the investment security act, creating a conflict of interest that cannot be ignored.

24. Generally, RICO prohibits four different types of activities: investment of racketeering income in an enterprise, acquisition or control of an enterprise due to a pattern of racketeering activity, operation of a RICO enterprise, and RICO conspiracy. Of these four types of activities, plaintiffs in civil RICO actions most commonly rely on 18 U.S.C. § 1962(c), conducting the affairs of an enterprise through a common pattern of racketeering activity.

25. The Defendants actions violated RICO statute by rackerteering activities a RICO enterprise and a RICO conspiracy

26. The Defendants Citadel connect Citadel Securities and Citadel LLC along with Robinhood and Webull conspired to move investors shares of AMC and

GME through dark pools and Citadel connect in order to manipulate the price and reduce the real value of the AMC and GME shares

## ANTITRUST LAWS

27. Antitrust laws are statutes developed by governments to protect consumers from predatory business practices and ensure fair competition. The actions of Ken Griffin Citadel LLC Citadel Securities and Citadel Connect are in direct violation of the antitrust statutes

28. Under Section 2 of the Sherman act a Monopoly exists when an actor possess Monopoly power in the relevant market and the willful acquisition or maintenance of that power as distinguished from growth or development of a superior product business acumen or historic accident.

29. Ken Griffin is in possession of monopoly power over the stock market because of his ownership of the Hedge Fund the Market Maker and the unregulated Dark Pool

30. The unprecedented growth of Citadel and its Business acumen meets all the requirements for a violation of the Sherman act and establishes Ken Griffin , Citadel LLC Citadel Securities and Citadel Connect as an illegal monopoly.

31. The Defendants Ken Griffin Citadel LLC The Hedge Fund and Citadel Securities the Market Maker along with Citadel Conect The unregistered Dark pool have a unfair monopoly on the market. The Company that is shorting

AMC and GME stock is also the company directing the orders, with the option to divert and hold orders on its unregistered dark pool and fill the orders. They utilize this monopoly to control the price of any stock that they have set their sights on. All these Companies are owned by Ken Griffin. This is an unfair monopoly that would not be accepted in any other industry and is ripe for abuse and illegal activity.

These actions are in direct violation of the antitrust and monopoly laws instituted by our legislature. Sherman Act 1890 Clayton Act 1940 Federal Trade Commission act of 1914

The Defendants Violation of the antitrust losses contributed to Plaintiff Donnahue George continuing to lose money.

32. The Defendants SEC FNRA and DTCC were aware of these illegal activities and instead of fining these bad actors in an amount that would deter this bad behavior, the fines and punishments actually motivated the bad actors to continue violating the law. If an institution commits an illegal act and profits ($100,000,000.00) 100 Million Dollars from that illegal act. but if they get caught doing these illegal activities the fine is only ($1,000,000.00) 1 Million Dollars why would they stop doing illegal activities? Robinhood was fined $70 million dollars but the amount of money they made shutting down trading and deceiving investors made that $70 million dollar fine seem insignificant.

Robinhood even admitted in their IPO filing that they would probably engage in the same illegal conduct again. How was that fine a deterrent to future bad behavior?

33. For years the Hedge Funds Market Makers and investment Banks have called us "Dumb Money" while they steal our homes, retirement funds and our childrens future while the government turns a blind eye. We retail investors are tired of the corruption and abuse that we have suffered at the hands of the so called "Smart Money" We have adopted the moniker of "The Apes" We have adopted this moniker because we are unconventional and think outside the box. The AI algorithms that worked to control the prior generation of retail investors has little affect on us. We retail Investors "Apes" are sick and tired of watching our hard earned savings and our childrens future stolen because of manipulation and corruption that has permeated the stock market for decades. We plan on taking control of our financial future. We will insure that a fair and transparent market is the legacy that we leave our children.

## **RELIEF**

34. The plaintiff requests that this honorable court grant Plaintiff actual damages in the amount of $1,700,000.00 for the Defendants illegal actions plus punitive damages in the amount of $100,000,000.00 to punish the defendants and insure that they do not commit these illegal acts again in the future. The

Plaintiff requests that this honorable Courts order the SEC FNRA and DTCC to issue fines to the illegal actors 10 times their gains from their illegal activities to deter them from doing them in the future , that this honorable Court order the Defendants to submit to the courts the actual number of shares of AMC and GME that they are allegedly holding That this honorable court order the SEC DTCC and FNRA to follow the rules that they put in place that they appear to turn a blind eye to and order Citadel LLC Citadel Securities and Citadel Connect to dismantle the Monopoly they have on the Stock market and whatever else the courts find fair and equitable

Respectfully Submitted

August 16 2021

Donnahue George