The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

### I. (a) PLAINTIFFS
Donnahue George

### DEFENDANTS
Ken Griffin, Citadel LLC

**(b)** County of Residence of First Listed Plaintiff: Broward County

FILED BY EB D.C. AUG 17 2021 ANGELA E. NOBLE CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

**(d)** Check County Where Action Arose: ☒ BROWARD

### II. BASIS OF JURISDICTION
☒ 4 Diversity

### III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF ☒ 1
Citizen of Another State: DEF ☒ 2

### IV. NATURE OF SUIT
☒ 160 Stockholders' Suits

### V. ORIGIN
☒ 1 Original Proceeding

### VI. RELATED/RE-FILED CASE(S)
a) Re-filed Case ☒ NO
b) Related Cases ☒ NO

### VII. CAUSE OF ACTION
18 U.S.C. 1962 Selling Counterfiet Shares

### VIII. REQUESTED IN COMPLAINT:
DEMAND $ 1,700,000.00
JURY DEMAND: ☒ Yes

DATE: 8/16/2021

SIGNATURE OF ATTORNEY OF RECORD: [signature]