```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000014595
Cashier ID: erodriqu
Transaction Date: 08/17/2021
Payer Name: Donnahue George
--------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Donnahue George
 Amount:        $402.00
--------------------------------
CASH
 Amt Tendered:  $402.00
--------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

Filing Fees paid for Case

#21 CV 61719


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```