AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Donnahue George
_Plaintiff(s)_

v.

Ken Griffin
Citadel LLC
_Defendant(s)_

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Ken Griffin
131 S Dearborn St
Chicago IL 60603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd St
Fort Lauderdale FL
33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donahue George
_____
Plaintiff(s)

Ken Griffin
Citadel LLC
_____
Defendant(s)

Civil Action No. 21-cv-61719-KMM

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Citadel Securities Market Maker
425 Park Ave
NY NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Donahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donnahue George

Plaintiff(s)

v.

Ken Griffin
Citadel LLC

Defendant(s)

Civil Action No. 21-cv-61719-KMM

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citadel Connect Dark Pool
131 S Dearborn
Chicago IL 60603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donnahue George
_____
Plaintiff(s)

v.

Ken Griffin
Citadel LLC
_____
Defendant(s)

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citadel LLC Hedge Fund
131 S Dearborn St
Chicago IL 60603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd St
Fort Lauderdale 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donnahue George
*Plaintiff(s)*

v.

Ken Griffin
Citadel LLC
*Defendant(s)*

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Security and exchange Commission
100 F NE Washington DC
20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Donnahue George
1012 NW 2nd St Fort Lauderdale
FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of FLORIDA

Donnahue George

_Plaintiff(s)_

v.

Ken Griffin
Citadel LLC

_Defendant(s)_

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

FNRA
55 West Monroe St
Suite 2600 Chicago IL 60603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donnahue George
_____
Plaintiff(s)

v.

Ken Griffin
Citadel LLC
_____
Defendant(s)

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DTCC
55 Water St
New York, NY 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Donnahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donahue George
_____
Plaintiff(s)

v.

Ken Griffin
Citadel LLC
_____
Defendant(s)

Civil Action No. 21-cv-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robinhood Financial LLC
85 Willow Road
Menlo Park CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Donahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
### Southern District for the Florida

| | |
|---|---|
| Donnahue George <br> _Plaintiff(s)_ <br> Ken Griffin <br> Citadel LLC <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-61719-KMM |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

WeBull Financial LLC
44 Wall St Suite 501
New York N.Y. 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1612 NW 2nd St
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 17, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts