UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719



FILED BY _____ D.C.

SEP 07 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

DONNAHUE GEORGE

    Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**SECURITIES EXCHANGE COMMISSION**

**FNRA**

**DTCC**

**ROBINHOOD**

**WEBULL**

    Defendants

CERTIFICATE OF SERVICE

JURY TRIAL DEMAND

## PARTIES

**Plaintiff**

Donnahue George at 1012 NW 2nd st Fort Lauderdale Florida 33311

**Defendants**

**SECURITY EXCHANGE COMMISSION**

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**FNRA**

55 West Monroe St suite 2600 Chicago IL 60603

**DTCC**

55 Water St  New York NY 10041

**ROBINHOOD FINANCIAL LLC**

85 Willow road Menlo Park CA 94025

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005

**Basis of Jurisdiction**

The Basis of federal court Jurisdiction is a Federal Question

- A. Violation of my 4th 5th and 14th Amendment of Constitution
- B. U.S. Code 1983 Civil action for deprivation of Rights
- C. The amount in controversy is over $75,000 and $100,000,000 in punitive damages
- D. RICO Violations 18 U.S.C. § 1962(c),
- E. Diversity Parties are from different jurisdictions 28 U.S.C 1332
- F. Antitrust laws Sherman Act 1890 Clayton Act 1940 Federal Trade Commission act of 1914

**Pursuant to Rule 4 of the Federal Rules of Civil Procedure A defendant that is located in the United States  and who fails to return a signed waiver of Service requested by Plaintiff located in the United States will be required to pay the expenses of Service. Unless the Defendant shows good cause for the failure**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Complaint and Summons along with Waiver of Service of Summons and a stamped return envelope was served by Certified Mail on August 17, 2021 to all counsel or parties of record on the Service List

Donnahue George

SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st  Chicago IL 60603

**FNRA**

55 West Monroe St suite 2600 Chicago IL 60603

**DTCC**

55 Water St  New York NY 10041

**ROBINHOOD FINANCIAL LLC**

85 Willow road Menlo Park CA 94025

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DTCC
55 water st
N.Y. N.Y 10041

9590 9402 6670 1060 1868 05

2. Article Number: 7020 2450 0001 1036 0108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robinhood Financial
85 Willow RD
Menlo Park CA 94025

9590 9402 6670 1060 1868 12

2. Article Number (Transfer from service label)
7020 2450 0001 1036 0092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X CLY ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 8/...

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citadel Connect
131 Dearborn St
Chicago IL 60603

9590 9402 6670 1060 1867 75

2. Article Number (Transfer from service label)
7020 2450 0001 1036 0139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citadel LLC
131 S Dearborn St
Chicago IL 60603

9590 9402 6670 1060 1867 82

2. Article Number (Transfer from service label)
7020 2450 0001 1036 0122

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) M. Gandara C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEC
100 F St NE
Washington DC 20549

9590 9402 6670 1060 1868 36

2. Article Number (Transfer from service label)
7020 2450 0001 1036 0078

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEC Mail Processing AUG 23 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Menlo Park CA 94025
**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.60 | 0245 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $1.60 | 08/18/2021 |
| Total Postage and Fees $ | $8.05 | |

USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Sent To: Robinhood Financial
Street and Apt. No., or PO Box No.: 85 Willow Road
City, State, ZIP+4®: Menlo Park CA 94025

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 2450 0001 1036 0153

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chicago IL 60603
**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.60 | 0245 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $1.60 | 08/18/2021 |
| Total Postage and Fees $ | $8.05 | |

USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Sent To: Ken Griffin
Street and Apt. No., or PO Box No.: 131 S Dearborn St
City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20549
**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.60 | 0245 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.60 | 08/18/2021 |
| Total Postage and Fees | $8.05 | |

USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Sent To: SEC
Street and Apt. No., or PO Box No.: 100 F NE
City, State, ZIP+4®: Washington DC 20549

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 2450 0001 1036 0139

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chicago IL 60603
**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.60 | 0245 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.85 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $1.60 | 08/18/2021 |
| Total Postage and Fees $ | $8.05 | |

USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Sent To: Citadel Connect
Street and Apt. No., or PO Box No.: 131 Dearborn
City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chicago IL 60603
**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.60 | 0245 16 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.85 | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $1.60 | 08/18/2021 |
| Total Postage and Fees $ | $8.05 | |

USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Sent To: Citadel LLC
Street and Apt. No., or PO Box No.: 131 S Dearborn St
City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 — 16

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Postmark Here: USPS FT LAUDERDALE FL, AUG 18 2021, ALRIDGE STATION 245

Sent To: DTCC

Street and Apt. No., or PO Box No.: 55 Water St

City, State, ZIP+4®: N.Y. N.Y. 10041

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 — 16

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $1.10
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Postmark Here: USPS FT LAUDERDALE FL, AUG 18 2021, ALRIDGE STATION 245

Sent To: Webull Financial

Street and Apt. No., or PO Box No.: 44 Wall St Suite 501

City, State, ZIP+4®: NY NY 10005

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7020 2450 0001 1036 0085

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 — 16

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $1.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Postmark Here: USPS FT LAUDERDALE FL, AUG 18 2021, ALRIDGE STATION 245

Sent To: Citadel Securities

Street and Apt. No., or PO Box No.: 425 Park Ave

City, State, ZIP+4®: N.Y. N.Y 10022

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 — 16

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $2.85
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Postmark Here: USPS FT LAUDERDALE FL, AUG 18 2021, ALRIDGE STATION 245

Sent To: FINRA

Street and Apt. No., or PO Box No.: 55 West Monroe Suite 2600

City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7020 2450 0001 1036 0115



