## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 21-cv-61719-KMM

FILED BY _____ D.C.

SEP 07 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**DONNAHUE GEORGE**                          **PRELIMINARY INJUNCTION**

**Hearing within 21 Days**
**Requested**

Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**SECURITIES EXCHANGE COMMISSION**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

Defendants

## PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

## INTRODUCTION

Plaintiff Donnahue George respectfully move this Court for a preliminary

injunction as set out below and for the reasons set out in the accompanying

Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. Fed. R.

Civ. P. 65(a). Plaintiffs respectfully request that this honorable court issue a

preliminary injunction barring defendants from destroying any documents  whether

paper or electronic related to AMC and GME shares, and barring defendants from

continuing trading  AMC and GME shares in the Dark Pools until a correct share

count is done and verified by this honorable court

   WHEREFORE, Plaintiffs respectfully request the Court grant their Motion and

issue a preliminary injunction.

Dated: September 6, 2021

Donnahue George

## PLAINTIFFS MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

### INTRODUCTION

Plaintiff Donnahue George filed a lawsuit against the Defendants on August 17, 2021 for RICO violations anti trust violations wire fraud and breach of contract. Plaintiff alleges that Defendants engaged in illegal activities such a selling naked counterfeit shares into the market. Pushing retail orders through the dark pools in order to manipulate the price of AMC and GME shares. Even after the lawsuit was filed Defendants continued to push naked shorts and counterfeit shares into the market. Plaintiff has highly likelihood of success on the merits, will suffer irreparable harm without an injunction and an injunction will not substantially injure others while furthering the public interest. The Court should therefore grant Plaintiffs request for a preliminary injunction.

### FACTS

1. Robinhood, Webull along with Ken Griffin Citadel, Citadel Connect , Citadel Securities SEC, FINRA, CFTC and DTCC have created an Enterprise and  Conspired and participated in conduct  that manipulated the Market and controlled the prices of stocks, to the detriment of myself and other retail investors. The Defendants pattern of behavior of allowing market

manipulation or participating in Market Manipulation  is ongoing and continuous and a violation of United States Antitrust Laws. The Defendants established a private Dark pool in order to manipulate the price of securities and derivatives. The Defendants actions and the Government agencies inaction were direct cause of my monetary losses. Citadel Connect acts as a private Dark Pool and while the SEC has strict regulations regarding dark pool registration Citadel Connect has been given free rein by SEC FINRA CFTC and DTCC to operate outside the law to the detriment of Donnahue George and other retail investors nationally and internationally.

2. The Defendants committed substantive Rico Violations per 18 USC Section 1962 resulting in the plaintiff Donnahue George losing money and the Injury occurred because of the Defendants substantive RICO violations. The Defendants committed counterfeiting and wire fraud by counterfeiting and selling fake synthetic shares into the market that they knew did not exist and then sending electronic wire to plaintiff alleging they wired the stocks and derivatives through WEbull and Robinhood that Plaintiff purchased when in reality they wired nothing.

3. They call the transactions synthetic shares in order to minimize the criminality of the transaction. What are synthetic $100 bills, synthetic car titles, synthetic property deeds, synthetic GUCCI bags? We would call them

counterfeit. What they are doing in putting counterfeit shares into the market in order to manipulate the price of AMC and GME stock.

4. The abusive shorting are not the random act of renegade hedge funds and market makers with the SEC FINRA CFTC and DTCC turning a blind eye, but rather a coordinated  business plan that is carried out by a collusive consortium and enterprise of hedge funds prime brokers and Market makers under the closed eyes of the Government agencies that we are paying to protect our interests.

## **Preliminary Injunction**

The Party moving for a preliminary injunction bears the burden  to demonstrate the factors justifying relief. Granny Goose Food, Inc v. Brotherhood of Teamsters & Auto Truck Drivers, 415 U.S. 423 441 (1974) The courts have adopted a two part test requiring the Plaintiff to show (1) a prima facie case of previous violations of federal securities law and (2) a reasonable likelihood that the wrong will be repeated See SEC v. Unique Fin Concepts Inc. 196 F .3d 1195, 1199 n. 2(11th Cir. 1999) (citing Mgmt Dynamics, Inc, 515 F.2d at 806-07; SEC v. Manor Nursing Ctrs. Inc, 458 F.2d 1082, 1100 (2d Cir. 1972) see also SEC v. Schooler, 902 F, Supp. 2d 1341, 1345 (S.D Cal. 2012) (using the two-part standard when determining when whether to issue a preliminary injunction.

"The granting of a preliminary injunction is the exercise of a very far reaching power never to be indulged in except in a case clearly warranting it" On application for preliminary injumction the court is not bound to decide doubtful and difficult questions of law or disputed questions of facts Dymo Indus, Inc v TapePrinter, Inc, 326 F.2d 141, 143 (9th Cir. 1964)

### Prima Facie Case of Past Securities Violations

Defendant Citadel Securities have been fined multiple times in the past for violations of Securities laws. In Jan of 2017 Citadel securities was fined 22 million dollars for misleading investors. In March of 2021 was fined $275,000 for  FINRA reporting violations in July of 2020 Citadel was fined $700,000 for violating FNRA rule 5320 (See Exhibit A) In 2016 Citadel was fined $180,000 for reporting 6.5 million shares as log positions when they were actually short positions(see exhibit B) Citadel has filed requests to be exempt from the 1940 Investment act on several occasions and it always seems to be granted (see exhibit C) The failures to deliver of AMC stock according to a SEC report was 1088% which was more than 150 times the failure to deliver of Apple stock which is 11 times the size of AMC (See Exhibit D) The FINRA website is very clear that naked shorting and failures to delivers are meant to "enrich an oligarchy, and defraud investors (See exhibit E)

## <u>Reasonable Likelihood the Wrong Will be Repeated</u>

Citadel Securities have continued to trade AMC stocks in the dark pool after the lawsuit was filed. The Dark Pool was designed for large institutional trades to not disrupt the market, Yet Citadel Securities is using the dark pool to manipulate the price of AMC stock by routing retail buy orders through the dark pool so that they are not reflected on the NYSE and therefore they keep the price down. On September 2, 2021 68% of AMC shares were traded in the dark pool (see exhibit F)Investopedia states that " The prices at which trades are executed in the dark pools ,may diverge from prices displayed in the public Markets which puts retail investors at a huge disadvantage" if 10% of stock is traded in the dark pool that is considered excessive yet AMC shares are being traded at almost 70% in the dark pool . This abuse continued after the lawsuit was filed and sent by certified mail return receipt to all defendants with a copy of waiver of the service of summons plus a stamped return envelope.

Defendants past violations of securities laws on multiple occasions and their continued naked shorting of AMC shares while also continuing to route retail orders through the dark pool in order to manipulate the price of AMC and GME shares meets the 2 requirements set forth by federal case law in order for this honorable court to grant this preliminary injunction. This honorable court should

issue the preliminary injunction until a true and correct share count of AMC shares are verified by the court.

## **CONCLUSION**

For the foregoing reasons, this court should grant Plaintiffs motion for Preliminary injunction barring defendants from destroying any documents whether written or electronic related to AMC and GME shares and barring Defendants from trading AMC and GME shares through the dark pools and whatever else the court finds fair and equitable.

Respectfully Submitted

Date September 6, 2021                                         Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Preliminary injunction was served by Certified Mail on September 7, 2021  to all counsel or parties of record on the Service List

Donnahue George

SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**FINRA**

1735 K street NW Washington DC 20581

**DTCC**

55 Water St  New York NY 10041

**ROBINHOOD FINANCIAL LLC**

85 Willow road Menlo Park CA 94025

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005

5:24 🖎  5G 🔋

 citadel finra fine   🎤 

**All**    News    Shopping    Images    Maps

# $700,000 fine

Citadel Securities landed with **$700,000 fine** from FINRA for trading ahead of clients. FINRA claimed that from 2012 to 2014 the market maker traded over the counter stocks for its personal account while delaying client orders for the same stocks. 1 day ago

 https://www.thetradenews.com › cita...

Citadel Securities landed with $700,000 fine from FINRA for trading ahead of ...

About featured snippets        Feedback



Google

🔍  fines paid by citadel securities                                    ✕

All    News    Images    Maps    Videos    Shopping    Books    Flights        Search tools
──

https://financefeeds.com › citadel-se...                                                    ⋮

## Citadel Securities fined $275k for reporting violations after $700k fine ...

Mar 26, 2021 — Citadel Securities LLC has been fined $275,000 by FINRA amid reporting violations. The firm
has been a FINRA member since 2005 and had no ...
You visited this page on 9/5/21.

https://www.financemagnates.com › ...                                                    ⋮

## FINRA Slaps $275K Fine on Citadel Securities for Reporting Violations

Mar 26, 2021 — The Financial Industry Regulatory Authority (FINRA) has fined market-making and execution
services provider Citadel Securities $275,000 for ...

https://tokenist.com › deep-dive-cita...                                                    ⋮

## A Deep Dive into Citadel Securities' Track Record of Anti-Transparency

Apr 8, 2021 — As recent as March 26, 2021, FINRA fined Citadel Securities with $275,000 for various reporting
violations. This is similar to the previous fine ...
You visited this page on 9/5/21.

https://www.sec.gov › pressrelease                                                    ⋮

## Citadel Securities Paying $22 Million for Misleading Clients About Pricing ...

Jan 13, 2017 — The Securities and Exchange Commission today announced that Citadel Securities LLC has
agreed to pay $22.6 million to settle charges that ...
You visited this page on 9/5/21.

https://atozmarkets.com › ... › News                                                    ⋮

## Citadel Securities Fined by FINRA for Reporting Violations - AtoZ Markets

Mar 26, 2021 — FINRA has fined Citadel Securities $275,000 over allegations of lapses in regulatory reporting.
The market-maker neither agreed nor denied ...

**B** https://www.bloomberg.com › articles

## Citadel Securities Fined by Finra for Trading Ahead of Clients - Bloomberg

Jul 21, 2020 — Citadel Securities, the brokerage majority owned by billionaire Ken Griffin, agreed to pay $700,000 to resolve an industry-backed ...

## People also search for

🔍  Citadel fined by SEC 2021

🔍  Citadel Securities net worth

🔍  Citadel fined 2021

🔍  Citadel Securities fined by FINRA for trading ahead of clients

FT https://www.ft.com › content

## US regulator fines Citadel Securities over trading breach | Financial Times

Jul 20, 2020 — Citadel Securities will pay a fine of $700,000 under the terms of a settlement with the regulator without admitting or denying the claims.

https://digitaledition.chicagotribune.com › ...

## Citadel among firms fined over trading errors - South Southwest

Chicago-based Citadel will pay $3.5 million over violations stemming from incorrect reporting for nearly 80 million trades from 2012 to 2016, the SEC said in a ...
You visited this page on 9/5/21.

https://www.spglobal.com › finra-fi...

## FINRA fines Citadel Securities over trading system violations - S&P Global

Jul 21, 2020 — The Financial Industry Regulatory Authority fined Citadel Securities LLC for violating certain FINRA rules in relation to the company's ...

https://files.brokercheck.finra.org › ... PDF

## BrokerCheck Report - CITADEL SECURITIES LLC - FINRA

Jul 30, 2021 — THE FIRM WAS CENSURED AND FINED $275,000. FINE PAID IN FULL ON.



Image courtesy of 123rf.

NEWS / PERSONAL FINANCE

# A Deep Dive into Citadel Securities' Track Record of Anti-Transparency

Citadel claims to serve brokerages as an impartial market maker—but the data suggests otherwise.



By Tim Fries
Last updated on April 08, 2021

Neither the author, Tim Fries, nor this website, The Tokenist, provide financial advice. Please consult our website policy prior to making financial decisions.

C itadel Securities' involvement in the GameStop revolt has shone a spotlight on underhanded dealings. Public records show how Citadel has been fined multiple times—yet such fines seem to be chalked up as the cost of doing business. The real expense burdens retail investors however, which certain regulatory agencies were designed to protect. What happens when regulators have little to no effect in discouraging such activity?

## Inevitable Foibles of a Centralized Financial System

As with most things in life where human interest is involved, there is a chasm between how something is supposed to work and how it actually works. This has long-been accepted as predictable, something that has to be taken into account of doing business. At times when this self-evident truth was rejected, utopian ideologies stepped in, only to make life far worse.

However, we have largely moved on from all-encompassing ideologies onto piecemeal fixing of problems. The chasm between the nominal and the practical is now bridged by regulatory agencies. Their purpose is to balance public interest with the private one. Unfortunately, the evidence is growing that this technocratic approach too is failing:

- Financial Crisis of 2007 – 2008 caused by banks joining hands with hedge funds to engage

Asset Relief Program), putting the **$498 billion bailouts** bill to taxpayers, which accounted for 3.5% of 2009's GDP.

• The famous 2014 Princeton study which revealed that average citizens have near-zero influence on the formation of policies. This was later confirmed in 2019 by USA TODAY and the Arizona Republic after a two-year investigation revealed that about 10,000 bills introduced during an 8-year span were directly copy-pasted from corporate lobby groups. Of those, 2,100 became laws.

• The global sensation of GameStop's short squeeze became in many ways digital reincarnation of the defunct Occupy Wall Street movement. Social media platforms were flooded with the sentiment that you should buy GME stock not to make a profit but to bring pain to short-selling hedge funds. One could say it pushed the envelope of socially responsible investing (SRI)—an entirely different manner than what is conventionally known.

All of this leads us to the current predicament. When trying to play by the rules of engagement, retail investors tend to be de-platformed from the battle.

## Acute Conflict of Interest between Market Makers and Brokerages

In January 2020, popular stock trading brokerages implemented trading restrictions on GME, along with other short-squeezed stocks, as soon at became apparent that hedge funds would lose even more billions than they already had lost. However, the relationship between the most popular trading app, Robinhood, and Citadel Securities, one of the key hedge funds involved with GME's short-squeeze, is particularly troubling.

To offset its pioneering zero-commission trading feature, Robinhood's income comes from selling order flows. As a market maker, Citadel buys them for the purported purpose of ensuring that traders get the best market prices. To give you an idea how lucrative the selling of these order flows is, Robinhood sold them for $271 million in the first half of 2020 alone.

Likewise, a competing online brokerage, TD Ameritrade, made $560 million during the same time period. While Citadel may say they use this data to improve their trading algorithms, the fact remains that order flows give market makers like Citadel critical trading patterns from retail investors. If the same market maker, Citadel Securities, is also a hedge fund trying to short-sell GME, would it be reasonable to think they would not leverage trading patterns from order flows?

## How Big is Citadel Securities?

Everyone understands that you can accurately gauge a person by their past behavior. At the end of last year, the SEC had already fined Robinhood for $65 million for failing to disclose its income sources. Furthermore, recent hearings before the U.S. House Committee on Financial Services had revealed multiple problems with the short-selling process itself.

importance is contextualizing Citadel Securities within the established trend we have noticed for the last couple of decades. If we assume the following trajectories to be true, how does Citadel come out looking?

- Debt-based economy is becoming increasingly fragile to perceptions and smaller failures.
- Therefore, financial institutions that become too big, in large part due to risky behavior, are not allowed to fail, thus introducing even greater moral hazard.
- In turn, this leads to financial institutions viewing violations and fines as costs of financial friction.

Citadel is not only a market maker or a hedge fund but a conglomerate. Citadel Advisors LLC holds $384 billion in assets under management (AuM). Although Citadel Securities has at least $234 billion in AuM, which is a pittance compared to BlackRock's $8.7 trillion, its sway over the market is enormous. According to Bloomberg Intelligence, Citadel is right up there with NYSE and Nasdaq in terms of U.S. stock trading volume.



US stock trading market share by venue in December 2020

Image credit: qz.com

In other words, despite engaging in different financial activities, the growth of retail trading has grown to such an extent that a market maker like Citadel is encroaching on the world's largest stock exchanges. This growing off-exchange space that relies on brokerages tying themselves to market makers now makes for at least 47% of the U.S. stock market.

## How Do FINRA and the SEC View Citadel Securities?

Although it is part of the government, FINRA is a financial and monetary authority that works under the SEC (Securities and Exchange Commission) to regulate brokerages as an independent body. On the other hand, the SEC's mission is to protect investors from foul play, by going after investors who have violated securities laws.

Both FINRA and the SEC have their work full fining and censuring Citadel.

- This FINRA report for Citadel's activities in the period between 2017 and 2019, tracked over-reporting of 452,451 securities transactions and incorrectly reporting internal transfers as Treasury transactions, to just name the "few" types of infractions.
- In the same report, Citadel Securities misreported transactions with affiliates as transactions with customers in 11,989 instances.
- One of those affiliates is Citadel Securities Institutional LLC, another cog of the Citadel conglomerate but registered as a separate company, seemingly for the purpose of receiving treasuries that are then misreported.
- As recent as March 26, 2021, FINRA fined Citadel Securities with $275,000 for various reporting violations. This is similar to the previous fine of $700,000 in July 2020 for failure to protect customer orders and ensure market transparency.

Interestingly, the current Treasury Secretary and former Federal Reserve Chair Janet Yellen received $810k for "speaking fees" from Citadel, the same hedge fund that engaged in short selling US treasuries. Exorbitant speaking fees seems to be an artefact of evolved bribes for a more cultured, technocratic society.



If all of this rings a bell in the form of repeat-violators such as Deutsche Bank or Goldman Sachs, it's because they are record-holders in fines. As such, they make for a steady source of income, as they keep being too big to fail.

## A Way Out of Centralized Finance

If all of this sounds too complicated and obtuse, it's because it is. Much more so than the ongoing Ethereum 2.0 upgrade, which is poised to become the wellspring of decentralized finance. Even some WallStreetBets moderators are ready to plunge into this exciting arena of automated market makers and liquidity pools on decentralized exchanges.

Furthermore, it seems that the centralized world of finance is getting even more compacted. The same actors, from the same schools, continue to circulate through various financial power centers. The Eastman Kodak scandal perfectly exemplified this, but having predictably

centralization to set up a new kind of society, weening off of these systems looks to be a legitimate potential reality.

 Join our Telegram group and stay connected to all things crypto, DeFi, and finance.

***Do you think there is a threshold for institutional credibility, or it can be managed indefinitely? Let us know in the comments below.***

🏷 | Citadel Securities | | FINRA | | market maker | | Robinhood | | violations |

---

**About the author**

Tim Fries | 🔗 LinkedIn | ✉ Email

Tim Fries is the cofounder of The Tokenist. He has a B. Sc. in Mechanical Engineering from the University of Michigan, and an MBA from the University of Chicago Booth School of Business. Tim served as a Senior Associate on the investment team at RW Baird's US Private Equity division, and is also the co-founder of Protective Technologies Capital, an investment firms specializing in sensing, protection and control solutions.



**You may also like**





**FINANCIAL INDUSTRY REGULATORY AUTHORITY**
**LETTER OF ACCEPTANCE, WAIVER, AND CONSENT**
**NO. 2016051085001**

TO:    Department of Enforcement
        Financial Industry Regulatory Authority (FINRA)

RE:    Citadel Securities LLC (Respondent)
        Member Firm
        CRD No. 116797

Pursuant to FINRA Rule 9216, Respondent Citadel Securities LLC submits this Letter of Acceptance, Waiver, and Consent (AWC) for the purpose of proposing a settlement of the alleged rule violations described below. This AWC is submitted on the condition that, if accepted, FINRA will not bring any future actions against Respondent alleging violations based on the same factual findings described in this AWC.

**I.**

## ACCEPTANCE AND CONSENT

A.    Respondent hereby accepts and consents, without admitting or denying the findings and solely for the purposes of this proceeding and any other proceeding brought by or on behalf of FINRA, or to which FINRA is a party, prior to a hearing and without an adjudication of any issue of law or fact, to the entry of the following findings by FINRA:

### BACKGROUND

Citadel Securities became a FINRA member in February 2005, is headquartered in Chicago, Illinois and as of October 2020, has approximately 415 registered individuals. The firm primarily engages in market making and provides execution services in U.S. equities, options, government securities, and foreign exchange products to millions of customers through its broker-dealer clients. Citadel Securities does not have any relevant disciplinary history.

### OVERVIEW

Between September 14, 2015 and July 21, 2016, Citadel Securities had a system issue that caused it to report approximately 6.5 million equity sale transactions to the FINRA/Nasdaq Trade Reporting Facility (TRF) with an inaccurate short sale indicator in violation of FINRA Rules 6182, 7230A(d), and 2010. The firm also failed to have a supervisory system, including written supervisory procedures (WSPs), that was reasonably designed to achieve compliance with FINRA rules requiring the use of short sale indicators in violation of FINRA Rules 3110 and 2010.

**FACTS AND VIOLATIVE CONDUCT**

This matter originated from FINRA's 2015 cycle examination of Citadel Securities.

Trade Reporting Violations

1. FINRA Rule 6182 requires members "to indicate on trade reports submitted to FINRA whether a transaction is a short sale or a short sale exempt transaction ('short sale reporting requirements'). The short sale reporting requirements apply to transactions in all NMS stocks, as defined in Rule 600(b)(47) of SEC Regulation NMS." All short sale transactions in NMS securities must be reported to FINRA with a "short sale" or "short sale exempt" indicator pursuant to Rule 201 of Regulation SHO.

2. FINRA Rule 7230A(d) requires the reporting member (unless the contra side has an opportunity to provide its own trader information) to provide complete and accurate submissions of information for both sides of a trade including, "[a] symbol indicating whether the transaction is a buy, sell or cross, and if applicable, a symbol indicating that the transaction is a sell short or sell short exempt trade from the Reporting Member perspective or contra side perspective, irrespective of whether the contra side is a member, except the sell short or sell short exempt indicator is not required on any clearing-only, non-regulatory report submitted pursuant to Rule 7230A(i)(4)."

3. FINRA Rule 2010 requires a member in the conduct of its business to "observe high standards of commercial honor and just and equitable principles of trade." A violation of a FINRA rule constitutes a violation of FINRA Rule 2010.

4. On September 14, 2015, Citadel Securities released a new system designed to implement the new order marking and trade reporting methodologies required pursuant to Regulation SHO FAQ 2.5 and FINRA Trade Reporting FAQ 407.13, respectively. However, the firm inadvertently omitted one of its execution systems as part of the release, and thus reported trades using the historical methodology. This omission caused Citadel Securities to report 6.5 million short sale equity transactions to the TRF without the short sale indicator. The firm remediated the issue on July 21, 2016 after FINRA notified the firm of the issue. The 6.5 million trade reporting violations represented approximately four to six percent of Citadel Securities' daily reported trades during the period September 14, 2015 through July 21, 2016.

5. Therefore, Citadel Securities violated FINRA Rules 6182 and 2010.

6. Between September 14, 2015 and July 21, 2016, Citadel Securities reported approximately 6,660 long sale trades to the TRF with a short sale indicator as a result of the issue described in paragraph 4.

2

7. Therefore, Citadel Securities violated FINRA Rules 7230A(d) and 2010.

<u>Supervision Violation</u>

8. FINRA Rule 3110(a) requires that each member "establish and maintain a system to supervise the activities of each associated person that is reasonably designed to achieve compliance with applicable securities laws and regulations, and with applicable FINRA rules." FINRA Rule 3110(b) requires that each member, "establish, maintain, and enforce written procedures to supervise the types of business in which it engages and the activities of its associated persons that are reasonably designed to achieve compliance with applicable securities laws and regulations, and with applicable FINRA rules."

9. Citadel Securities' supervisory system, including its WSPs, was not reasonably designed to achieve compliance with short sale indicator reporting pursuant to FINRA Rules 6182 and 7230A(d). Between September 14, 2015 and July 21, 2016, Citadel Securities conducted end of day reviews for the accuracy of short sale transaction reporting, but these reviews did not include trades effected through all of its execution systems. Even if Citadel Securities had included all execution systems in its supervisory reviews, it would not have reviewed the misreported transactions for short sale reporting requirements because the supervisory reviews only looked at order activity covered by Regulation SHO. Unlike FINRA's trade reporting rules, Regulation SHO did not apply to the misreported transactions because Regulation SHO mandates the marking of sell orders and here the misreported transactions were limited to the execution of incoming orders rather than order entry or routing. Citadel Securities addressed the deficiencies in its WSPs in July 2016 after FINRA brought the issue to its attention. Consequently, between September 14, 2015 and July 21, 2016, Citadel Securities did not have in place a supervisory system, including WSPs, reasonably designed to achieve compliance with FINRA Rules 6182 and 7230A(d) in violation of FINRA Rules 3110(a) and (b) and 2010.

B. Respondent also consents to the imposition of the following sanctions:

- a censure and

- a $180,000 fine (comprised of $140,000 for trade reporting violations and $40,000 for the related supervisory violations).

The sanctions imposed in this AWC shall be effective on a date set by FINRA.

3

## II.

### WAIVER OF PROCEDURAL RIGHTS

Respondent specifically and voluntarily waives the following rights granted under FINRA's Code of Procedure:

A.   To have a complaint issued specifying the allegations against it;

B.   To be notified of the complaint and have the opportunity to answer the allegations in writing;

C.   To defend against the allegations in a disciplinary hearing before a hearing panel, to have a written record of the hearing made, and to have a written decision issued; and

D.   To appeal any such decision to the National Adjudicatory Council (NAC) and then to the U.S. Securities and Exchange Commission and a U.S. Court of Appeals.

Further, Respondent specifically and voluntarily waives any right to claim bias or prejudgment of the Chief Legal Officer, the NAC, or any member of the NAC, in connection with such person's or body's participation in discussions regarding the terms and conditions of this AWC, or other consideration of this AWC, including its acceptance or rejection.

Respondent further specifically and voluntarily waives any right to claim that a person violated the ex parte prohibitions of FINRA Rule 9143 or the separation of functions prohibitions of FINRA Rule 9144, in connection with such person's or body's participation in discussions regarding the terms and conditions of this AWC, or other consideration of this AWC, including its acceptance or rejection.

### III.

### OTHER MATTERS

Respondent understands that:

A.   Submission of this AWC is voluntary and will not resolve this matter unless and until it has been reviewed and accepted by the NAC, a Review Subcommittee of the NAC, or the Office of Disciplinary Affairs (ODA), pursuant to FINRA Rule 9216;

B.   If this AWC is not accepted, its submission will not be used as evidence to prove any of the allegations against Respondent; and

4

C.      If accepted:

      1.      this AWC will become part of Respondent's permanent disciplinary record and may be considered in any future action brought by FINRA or any other regulator against Respondent;

      2.      this AWC will be made available through FINRA's public disclosure program in accordance with FINRA Rule 8313;

      3.      FINRA may make a public announcement concerning this agreement and its subject matter in accordance with FINRA Rule 8313; and

      4.      Respondent may not take any action or make or permit to be made any public statement, including in regulatory filings or otherwise, denying, directly or indirectly, any finding in this AWC or create the impression that the AWC is without factual basis. Respondent may not take any position in any proceeding brought by or on behalf of FINRA, or to which FINRA is a party, that is inconsistent with any part of this AWC. Nothing in this provision affects Respondent's testimonial obligations or right to take legal or factual positions in litigation or other legal proceedings in which FINRA is not a party.

D.      Respondent may attach a corrective action statement to this AWC that is a statement of demonstrable corrective steps taken to prevent future misconduct. Respondent understands that it may not deny the charges or make any statement that is inconsistent with the AWC in this statement. This statement does not constitute factual or legal findings by FINRA, nor does it reflect the views of FINRA.

5

The undersigned, on behalf of Respondent, certifies that a person duly authorized to act on Respondent's behalf has read and understands all of the provisions of this AWC and has been given a full opportunity to ask questions about it; that Respondent has agreed to the AWC's provisions voluntarily; and that no offer, threat, inducement, or promise of any kind, other than the terms set forth in this AWC and the prospect of avoiding the issuance of a complaint, has been made to induce Respondent to submit this AWC

10/27/20
Date

Citadel Securities LLC
Respondent

Print Name: _Stephen Luparello_

Title: _GC, Citadel Securities_

Accepted by FINRA:

Signed on behalf of the
Director of ODA, by delegated authority

November 13, 2020

_Nellie Dunderdale_

Date

Nellie Dunderdale
Counsel
FINRA
Department of Enforcement
15200 Omega Drive, Suite 300
Rockville, MD 20850-3329

6

🔒 sec.report 

 Companies    Documents    Forms    Alerts

# Form 40-6B/A Citadel Enterprise Americas Llc

## [Amend] Application for exemption from all provisions of The Investment Company Act of 1940 by an Employee's Investment Company

SEC.report  /  Citadel Enterprise Americas LLC

/  Form 40-6B/A                    /  (Filer)

   32 

EDGAR Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search »

**Citadel Enterprise Americas LLC CIK#: 0001255158**
(see all company filings)

State location: IL | State of Inc.: DE
formerly: CITADEL INVESTMENT GROUP LLC (filings through 2009-12-10)
formerly: CITADEL LLC (filings through 2013-08-18)
Get insider transactions for this reporting owner.
File Number: 813-00397

Business Address
CITADEL LLC
131 S DEARBORN STREET
32ND FL
CHICAGO IL 60603
3123952100

## Filter Results

Filing Type:   Prior to: (YYYYMMDD)   Ownership? ⦿ include ◯ exclude ◯ only   Limit Results Per Page [40 Entries]   (Search) (Show All)   Search W EDGA Enter key

Items 1 - 6 RSS Feed

| Filings | Format | Description | Filing |
|---|---|---|---|
| 6B ORDR | (Documents) | 40-6B Order<br>Acc-no: 9999999997-21-000176 (40 Act) Size: 229 KB | 202 |
| 6B NTC | (Documents) | 40-6B Notice<br>Acc-no: 9999999997-20-005815 (40 Act) Size: 1 MB | 202 |
| 40-6B/A | (Documents) | [Amend] Application for exemption from all provisions of The Investment Company Act of 1940 by an Employee's Investment Company<br>Acc-no: 0000905148-20-001113 (40 Act) Size: 216 KB | 202 |
| 40-6B/A | (Documents) | [Amend] Application for exemption from all provisions of The Investment Company Act of 1940 by an Employee's Investment Company<br>Acc-no: 0000905148-20-000803 (40 Act) Size: 358 KB | 202 |
| 40-6B/A | (Documents) | [Amend] Application for exemption from all provisions of The Investment Company Act of 1940 by an Employee's Investment Company<br>Acc-no: 0000905148-20-000568 (40 Act) Size: 381 KB | 202 |
| 40-6B | (Documents) | Application for exemption from all provisions of The Investment Company Act of 1940 by an Employee's Investment Company<br>Acc-no: 0000905148-19-001031 (40 Act) Size: 224 KB | 201 |

https://www.sec.gov/cgi-bin/browse-edgar

Copy text from image

🔒 **tremendous.blog**

**BUSINESS**

# AMC FAILS TO DELIVER UP 1088% IN LATEST DATA

SEPTEMBER 1, 2021 | TREMENDOUSBLOG | LEAVE A COMMENT

Major new data just came out today from the SEC. It shows fails to deliver in AMC Entertainment Holdings, Inc. up 1088% in the first half of August:

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

🔒 finra.org

- James Cramer vs. Jon Stewart saga -
  > https://en.wikipedia.org/wiki/Jon_Stewart%E2%80%93Jim_Cramer_conflict [en.w

In summary, naked shorting is employed widely within the US securities trading system. It is
prices, enrich an oligarchy, and defraud investors. Priveleged parties are able to employ preda
to mitigate the risks inherent to market trading and, therefore, tilt the favour towards themselv
the wider economy.

2. Proposal I: Enforce Share Ownership Prior to a Short Sale

If the problem stems from the difference between "short selling" and "naked short selling", th
here has to be how to prevent Failures to Deliver (FTDs). These are where a short-sold share
located by T+x and, therefore, a second synthetic share is being created to cover the first. Thi



| Date | Short perc. | Short Exempt | Volume perc. | Dark Pool perc. |
|------|-------------|--------------|--------------|-----------------|
| 2021-09-02 | 40.4 % | | 299,015 | 68.9 % |

