AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

Donnahue George

*Plaintiff(s)*

v.

Ken Griffin
Citadel LLC

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

21-CV-61719-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CFTC
1155 21st st NW
Washington D.C. 20581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd st
Fort Lauderdale FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 7, 2021

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Donnahue George | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| Ken Griffin | ) |
| Citadel LLC | ) 21-CV-61719-KMM ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

FINRA
1735 k st NW
Washington DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnahue George
1012 NW 2nd St
Fort Lauderdalo FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 7, 2021

_s/ Alisha Beasley-Martin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court