

FILED BY _____ D.C.
SEP 17 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**DONNAHUE GEORGE**

                           Plaintiff/Petitioner

vs.

**KEN GRIFFIN; ET AL.**

                          Defendant/Respondent

Case No.: 21-CV-61719-KMM

AFFIDAVIT OF SERVICE OF SUMMONS; AMENDED COMPLAINT; MOTION FOR PRELIMINARY INJUNCTION

Received by Christopher Rodriquez, on the 13th day of September, 2021 at 5:30 PM to be served upon Citadel Connect at 131 South Dearborn Street, Chicago, Cook County, IL 60603.
On the 14th day of September, 2021 at 3:48 PM, I, Christopher Rodriquez, SERVED Citadel Connect at 131 South Dearborn Street, Chicago, Cook County, IL 60603 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving Micheal Weiner, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Micheal Weiner who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with glasses.

Service Fee Total: $65.00

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____  129-386636  9-15-21
Christopher Rodriquez        Server ID #        Date

REF: REF-8761554