| | RETURN OF SERVICE | FILED BY_____D.C.<br>Court Stamp Here<br>SEP 17 2021<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - FT. LAUD. |
|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | |
| Plaintiff | DONNAHUE GEORGE | Case #<br>21-CV-61719-KMM |
| Defendant | KEN GRIFFIN, ET AL. | Hearing Date |
| Person to be Served | Ken Griffin | Came to Hand Date/Time<br>9/13/2021   5:30 PM |
| Manner of Service | Substitute | Service Date/Time<br>9/14/2021   3:52 PM |
| Documents | SUMMONS;AMENDED COMPLAINT;PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION INTRODUCTION;PLAINTIFFS MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION | Service Fee<br>$85.00 |

On 9/14/2021 at:
131 South Dearborn Street, Chicago, IL 60603 I served Ken Griffin by:

Personally leaving 1 copy(ies) of SUMMONS, AMENDED COMPLAINT, PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION INTRODUCTION and PLAINTIFFS MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION at his/her usual place of abode with Michael Weiner, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Michael Weiner who indicated they were the attorney to ken griffin with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _signature_ | 129-386636 | 09/15/2021 |
|---|---|---|
| Christopher Rodriquez | Process Server ID | Date Executed |

