UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM



FILED BY_____D.C.

SEP 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**DONNAHUE GEORGE**             MOTION

                                       ALTERNATIVE SERVICE

    Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**SECURITIES EXCHANGE COMMISSION**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

    Defendants

<u>**Plaintiffs Motion for Alternative or Substitute Service**</u>

Plaintiff Donnahue George respectfully moves this Court for an order authorizing Alternative or Subsituted Service as set out below and for the reasons set out in the accompanying Memorandum in Support of Plaintiffs' Motion for Alternative or Substituted Service. Plaintiff respectfully request that this honorable court issue a

order authorizing Plaintiff to serve Defendants by email, publication or certified mail return receipt.

WHEREFORE, Plaintiffs respectfully request the Court grant their Motion for Alternative or Subsituted Service.

Dated: September 27, 2021

Donnahue George

# **MEMORANDUM IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**

## **INTRODUCTION**

Plaintiff Donnahue George filed a lawsuit against the Defendants on August 17, 2021 for RICO violations anti-trust violations wire fraud, counterfeiting and breach of contract. Plaintiff alleges that the defendants engaged in illegal activities such as selling naked counterfeit shares into the market, pushing retail orders through the dark pools in order to manipulate the price of AMC and GME shares. Plaintiff has hired multiple process servers in order to serve the defendants and the the government Defendants are using the security guards at the front desk to avoid being served.

## **FACTS**

Plaintiff Donnahue George gave every defendant the opportunity to waive service by sending each defendant by certified mail return receipt 2 copies of the summons and complaint along with a copy of the waiver for order form and a stamped return envelope. The only Defendant that returned the waiver for order form was Robinhood Financials. After the 21 day period that is dictated in the statute plaintiff Donnahue George was forced to hire abc legal to provide service of process on the additional Defendants. The Government Defendants have been

using the security officers at the entrance of the buildings to avoid accepting service of the summons and complaint (See Exhibit A)

## LEGAL ARGUMENT

The process servers have made multiple attempts of service on the government defendants and the Government defendants have been using the security officers at the front desk of the building to avoid service of the summons and complaint. In September of 2018 the U.S District Court in southern District of Florida in Transamerica Corp v, Transamerica Multiservices case 18-cv-22483 (S.D.Fla) held that when a defendant is being evasive then alternate or substituted service is warranted. The Defendants are aware of the lawsuit because the certified mail return receipt has been returned to me by the U.S. postal service (see exhibit B)

## CONCLUSION

For the foregoing reasons, this honorable court should grant Plaintiffs motion for alternative or substituted service and whatever else the courts finds fair and equitable.

Respectfully Submitted

Date September 27, 2021                               Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for Alternative Service was served by U.S Mail on September 27, 2021 to all counsel or parties of record on the Service List

Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st  Chicago IL 60603

**FINRA**

1735 K street NW Washington DC 20581

**DTCC**

55 Water St  New York NY 10041

**Caravath Swaine & Moore LLP for Robinhood**

825 8th ave  New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005

**EXHIBIT A**

Non-Service Confirmed for DTCC at 55 Water St, New York, NY 10041-0004

Disallowed

09/16/21 10:04 AM

Serve attempted upon DTCC at 55 Water St, New York, NY 10041-0004

I spoke with an individual who indicated they were the person authorized to accept and they stated subject resides but refused to respond. John said I have to go to 570 Washington Bluvd. Jersey city in New Jersey no New York

Server:   Faisal Taher

📷 (4)   ⊕

09/15/21 10:39 AM

Serve attempted upon DTCC at 55 Water St, New York, NY 10041-0004

I spoke with an individual who indicated they were the john they only accept legal papers at jersey city office 570 washington blvd j.c and they stated service not permitted. John said they accept legal papers at jersey city office only at. 570 Washington Blvd

Server:   Faisal Taher

📷 (2)   ⊕

09/15/21 10:21 AM

Serve attempted upon DTCC at 55 Water St, New York, NY 10041-0004

I spoke with an individual who indicated they were the person authorized to accept and they stated service not permitted. I spoke to John he said the service have to be on 570 Washington Blvd jersey city no

Server:   Faisal Taher



📷 (1)   ◉

09/14/21 6:32 PM

Process server received documents for DTCC

Server:       Faisal Taher

09/13/21 11:49 AM

<u>Filing</u> Confirmed. Case # 21-CV-61719-KMM filed on 09/07/21 at US District Court, Florida, Southern District, Miami Division, 400 N. Miami Ave..

SUMMONS, AMENDED COMPLAINT, PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION INTRODUCTION and PLAINTIFFS MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

> Signed Proof of Attempts for FINRA at 1735 K Street Northwest, Washington, DC 20006

09/21/21 11:08 AM

> Non-Service Confirmed for FINRA at 1735 K St NW, Washington, DC 20006-1506
>
> Other contact

09/21/21 10:05 AM

> Serve attempted upon FINRA at 1735 K St NW, Washington, DC 20006-1506
>
> I placed a phone call to 800-289-9999 resulting in address confirmed. I spoke with Front Desk. The individual appeared to be a male contact. Security front desk said, they are independent contract and the office is completely closed
> We need to call 8002899999
>
> Server:  Roberto Jimenez

09/20/21 1:53 PM

> Process server received documents for FINRA
>
> Server:  Roberto Jimenez

09/20/21 12:38 PM

> Filing Confirmed. Case # 21-CV-61719-KMM filed on 08/17/21 at US District Court, Florida, Southern District, Fort Pierce Division.

Serve attempted upon Security and exchange Commission at 100 F St NE, Washington, DC 20002-4224

I spoke with an individual who indicated they were the front desk. Front Desk security, said they work remotely, they open a mail office but you need to find where, they don't have the address

Server:  Roberto Jimenez

(1)

09/23/21 4:41 PM

Process server received documents for Security and exchange Commission

Server:  Roberto Jimenez

09/23/21 4:38 PM

Message from  Vincent Lo

We have reassigned this to server Roberto J. to treat as rush going forward. He is making first rush attempt tomorrow durign business hours.

EXHIBIT B

**Return Receipt 1 (top left, rotated):**
- Article Addressed to: Citadel LLC, 315 Dearborn St, Chicago IL 60603
- Article Number: 9590 9402 6670 1060 1867 82

**Return Receipt 2 (top right):**
- Article Addressed to: DTCC, 55 Water St, NY, NY 10041
- Article Number: 9590 9402 6670 1060 1868 05
- Transfer: 7020 2450 0001 1036 0108
- PS Form 3811, July 2020

**Return Receipt 3 (middle left, rotated):**
- Article Addressed to: SEC, 100 F St NE, Washington DC 20549
- Article Number: 9590 9402 6670 1060 1868 36
- Transfer: 7020 2450 0001 1036 0078

**Return Receipt 4 (middle right):**
- Article Addressed to: Robinhood Financial, 85 Willow Rd, Menlo Park CA 94025
- Signature: CU (Agent)
- Date of Delivery: 8/31/21
- Article Number: 9590 9402 6670 1060 1868 12
- Transfer: 7020 2450 0001 1036 0092
- PS Form 3811, July 2020

**Return Receipt 5 (bottom left, rotated):**
- Article Addressed to: SEC, Washington DC

**Return Receipt 6 (bottom right):**
- Article Addressed to: Citadel Connect, 131 Dearborn St, Chicago IL 60603
- Article Number: 9590 9402 6670 1060 1867 75
- Transfer: 7020 2450 0001 1036 0139
- PS Form 3811, July 2020



## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 / 16

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Sent To: Robinhood [illegible]

Street and Apt. No., or PO Box No.: 85 Willow Road

City, State, ZIP+4®: Menlo Park CA 94025

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7020 2450 0001 1036 0153

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 / 16

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Sent To: Ken

Street and Apt. No., or PO Box No.: 131 S Dearborn St

City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 / 16

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Sent To: SEC

Street and Apt. No., or PO Box No.: 100 F St NE

City, State, ZIP+4®: Washington DC 20549

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7020 2450 0001 1036 0139

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 16

Extra Services & Fees (check box, add fee as appropriate) $2.85
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: USPS AUG 18 2021 ALRIDGE STATION 245

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Sent To: Citadel Connect

Street and Apt. No., or PO Box No.: 131 Dearborn

City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee $3.60 — 0245 / 16

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here: USPS FT LAUDERDALE FL AUG 18 2021 ALRIDGE STATION 245

Postage $1.60

Total Postage and Fees $8.05 — 08/18/2021

Sent To: Citadel LLC

Street and Apt. No., or PO Box No.: 131 S Dearborn St

City, State, ZIP+4®: Chicago IL 60603

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

**Receipt 1 (top-left):**
- U.S. Postal Service CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Certified Mail Fee: $3.60
- Postage: $1.60
- Total Postage and Fees: $8.05
- Postmark: USPS FT LAUDERDALE, ALRIDGE STATION 245, AUG 18 2021
- Sent To: DTCC
- Street: 55 Water St
- City, State, ZIP: N.Y., N.Y. 10041

**Receipt 2 (top-right):**
- U.S. Postal Service CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Certified Mail Fee: $3.60
- Postage: $1.60
- Total Postage and Fees: $8.05
- Postmark: AUG 18 2021, ALRIDGE STATION 245, 08/18/2021
- Sent To: Webull Financial
- Street: 44 Wall St Suite 501
- City, State, ZIP: NY, NY 10005

**Receipt 3 (bottom-left):**
- U.S. Postal Service CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Certified Mail Fee: $3.60
- Postage: $1.60
- Total Postage and Fees: $8.05
- Postmark: USPS FT LAUDERDALE, ALRIDGE STATION 245, AUG 18 2021
- Sent To: Citadel Securities
- Street: 425 Park Ave
- City, State, ZIP: N.Y., N.Y. 10022

**Receipt 4 (bottom-right):**
- U.S. Postal Service CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Certified Mail Fee: $3.60
- Postage: $1.60
- Total Postage and Fees: $8.05
- Postmark: USPS FT LAUDERDALE FL, ALRIDGE STATION 245, AUG 18 2021
- Sent To: FINRA
- Street: 55 West Monroe Suite 2600
- City, State, ZIP: Chicago IL 60603