UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61719-MOORE/SNOW

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, CITADEL SECURITIES LLC, CITADEL CONNECT, CITADEL LLC, SECURITIES EXCHANGE COMMISSION, FINRA, CFTC, DTCC, ROBINHOOD FINANCIAL LLC, and WEBULL FINANCIAL LLC,

    Defendants.
_____/

## *UNOPPOSED* MOTION OF DEFENDANTS KEN GRIFFIN, CITADEL ENTERPRISE AMERICAS LLC (FORMERLY CITADEL LLC) AND CITADEL SECURITIES LLC FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC) and Citadel Securities LLC (collectively, the "Citadel Defendants"), jointly file this unopposed motion for an extension of time to respond to the Amended Complaint. Good cause exists for the granting of this motion, as set forth below.

    1.    This action was commenced when Plaintiff filed the Complaint on August 17, 2021. (ECF No. 1.) Plaintiff filed the Amended Complaint on September 7, 2021. (ECF No. 8.)

    2.    The Citadel Defendants have conferred with Plaintiff and agreed on September 24, 2021 to accept service of process on behalf of Mr. Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC) and Citadel Securities LLC, via email.

3. Defendant Robinhood Financial LLC's deadline to respond to the Amended Complaint is November 22, 2021, pursuant to the waiver of service form filed as ECF No. 15.[1]

4. The Citadel Defendants seek an extension of time to respond to the Amended Complaint through the same date that Robinhood Financial LLC's response is currently due, that is, until November 22, 2021.

5. Undersigned counsel has conferred with Plaintiff about the relief sought herein, and Plaintiff does not oppose the requested relief.

6. The requested relief will permit the Citadel Defendants and Robinhood Financial LLC to respond to the Amended Complaint on the same schedule, therefore conserving judicial resources.

7. The Citadel Defendants' request is made in good faith, not for the purpose of delay, and will not prejudice any of the parties.

8. A proposed order is attached hereto as Exhibit A.

**WHEREFORE**, the Citadel Defendants respectfully request that the Court enter an order extending the Citadel Defendants' deadline to respond to the Amended Complaint to November 22, 2021.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred with Plaintiff about the relief sought herein, and that Plaintiff has confirmed that he does not oppose the requested relief.

---

[1] Plaintiff's Motion for Alternative or Substituted Service, ECF No. 16, suggests that Plaintiff has not yet served the other Defendants.

Dated: September 28, 2021

        Respectfully submitted,

        By: */s/ Jason Sternberg*
        Jason D. Sternberg
        Florida Bar No. 72887
        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        2601 South Bayshore Drive, Suite 1550
        Miami, FL 33133
        Telephone: (786) 850-3629
        Email: jasonsternberg@quinnemanuel.com

        ***Counsel for Defendants Ken Griffin, Citadel Enterprise Americas LLC and Citadel Securities LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        By: */s/ Jason Sternberg*
        Jason D. Sternberg
        Florida Bar No. 72887

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and Certified Mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se