# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61719-MOORE/SNOW

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, CITADEL SECURITIES LLC, CITADEL CONNECT, CITADEL LLC, SECURITIES EXCHANGE COMMISSION, FINRA, CFTC, DTCC, ROBINHOOD FINANCIAL LLC, and WEBULL FINANCIAL LLC,

    Defendants.
_____/

**[PROPOSED] ORDER ON THE UNOPPOSED MOTION OF
DEFENDANTS KEN GRIFFIN, CITADEL ENTERPRISE AMERICAS LLC
(FORMERLY CITADEL LLC) AND CITADEL SECURITIES LLC
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS MATTER is before the Court on the Unopposed Motion for Extension of Time to Respond to the Amended Complaint (the "Motion") filed by Defendants Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC) and Citadel Securities LLC.

The Court, having reviewed the unopposed Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

The Motion is **GRANTED**. The deadline for Defendants Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC) and Citadel Securities LLC to respond to the Amended Complaint is November 22, 2021.

**DONE AND ORDERED** in Chambers, Miami, Florida this ___ day of September, 2021.

                                                               _____
                                                                K. MICHAEL MOORE
                                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:
*Lurana S. Snow, U.S. Magistrate Judge*
*All Counsel of Record and Pro Se Parties*