UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61719-MOORE/SNOW

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, CITADEL SECURITIES LLC, CITADEL CONNECT, CITADEL LLC, SECURITIES EXCHANGE COMMISSION, FINRA, CFTC, DTCC, ROBINHOOD FINANCIAL LLC, and WEBULL FINANCIAL LLC,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CITADEL ENTERPRISE AMERICAS LLC AND CITADEL SECURITIES LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Citadel Enterprise Americas LLC is a wholly-owned indirect subsidiary of Citadel GP LLC and Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC. Counsel further certifies that no publicly-traded corporation has a 10% or greater ownership interest in Citadel GP LLC or Citadel Securities GP LLC.

Dated:  October 11, 2021

Respectfully submitted,

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone:  561-213-5635
Email:  jasonsternberg@quinnemanuel.com
Secondary:  olgagarcia@quinnemanuel.com

*Counsel for Ken Griffin, Citadel Enterprise Americas LLC and Citadel Securities LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jasonsternberg@quinnemanuel.com

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and certified mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se