UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-Civ-KMM

**DONNAHUE GEORGE,**

    Plaintiff,

v.

**KEN GRIFFIN, ET AL.**

    Defendants.

_____/

**<u>FINRA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Financial Industry Regulatory Authority ("FINRA") discloses that it is not a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                                       Respectfully submitted,

                                       */s/ David S. Mandel*
                                       David S. Mandel
                                       FBN 38040
                                       MANDEL & MANDEL LLP
                                       169 East Flagler Street, Suite 1224
                                       Miami, FL 33131
                                       Telephone: (305) 374-7771
                                       dsm@mandel.law

                                       *Counsel for Defendant,*
                                       *Financial Industry Regulatory Authority, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 13, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by US mail to plaintiff at 1012 N.W. 2nd Street, Fort Lauderdale, FL 33311.

*David S. Mandel*