UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-MOORE/Snow

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Gustavo J. Membiela of the law firm Hunton Andrews Kurth LLP hereby serves notice of his appearance as counsel for defendant Robinhood Financial LLC in the above-styled action. All parties are requested to take notice of said appearance and serve copies upon the undersigned of any and all pleadings, motions, notices, filings, memoranda, or other documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

Dated: October 14, 2021.

Respectfully submitted,

/s/ Gustavo J. Membiela
Samuel A. Danon (FBN 892671)
Gustavo J. Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
E-mail: sdanon@HuntonAK.com
        gmembiela@HuntonAK.com
        mcastellanos@HuntonAK.com

>Antony L. Ryan (*pro hac vice* forthcoming)
>Kevin J. Orsini (*pro hac vice* forthcoming)
>Brittany L. Sukiennik (*pro hac vice* forthcoming)
>CRAVATH, SWAINE & MOORE LLP
>825 8th Avenue
>New York, NY 10019-7475
>Tel.: (212) 474-1000
>Fax: (212) 474-3700
>E-mail: aryan@cravath.com
>         korsini@cravath.com
>         bsukiennik@cravath.com
>
>*Counsel for Robinhood Financial LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

>/s/ Gustavo J. Membiela
>Gustavo J. Membiela (FBN 513555)