UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61719-MOORE/SNOW

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, CITADEL SECURITIES LLC, CITADEL CONNECT, CITADEL LLC, SECURITIES EXCHANGE COMMISSION, FINRA, CFTC, DTCC, ROBINHOOD FINANCIAL LLC, and WEBULL FINANCIAL LLC,

    Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ROBINHOOD FINANCIAL LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Robinhood Financial LLC is a wholly owned subsidiary of Robinhood Markets, Inc., and that no publicly-traded corporation has a 10% or greater ownership interest in Robinhood Financial LLC.

Dated: October 14, 2021.

*/s/ Samuel A. Danon*
**Hunton Andrews Kurth LLP**
Samuel A. Danon (FBN 892671)
Gustavo J. Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
gmembiela@huntonak.com
mcastellanos@hunton.com

**Cravath, Swaine & Moore LLP**
Antony L. Ryan (*pro hac vice* forthcoming)
Kevin J. Orsini (*pro hac vice* forthcoming)
Brittany L. Sukiennik (*pro hac vice* forthcoming)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendant Robinhood Financial LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Samuel A. Danon*
Samuel A. Danon (FBN 892671)

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and certified mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se