UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-61719

Donnahue George,

    Plaintiff,

v.

Ken Griffin, et al.,

    Defendants.

**CORPORATE DISCLOSURE STATEMETN OF DEFENDANT**
**THE DEPOSITORY TRUST & CLEARING CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that The Depository Trust & Clearing Corporation has no parent corporation, and that no publicly-traded corporation has a 10% or greater ownership interest in The Depository Trust & Clearing Corporation.

Date: October 14, 2021

Respectfully submitted,

*Attorneys for Defendant The Depository Trust & Clearing Corporation:*

By: /s/Curtis Carlson
    Curtis Carlson, FBN 236640
    Carlson & Associates, P.A.
    One S.E. Third Avenue, Suite 1200
    Miami, FL 33131
    305-372-9700
    Carlson@carlson-law.net

    Gregory M. Boyle *(pro hac vice pending)*
    Jenner & Block LLP
    353 N. Clark Street
    Chicago, IL 60654
    312-923-2651
    GBoyle@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 14, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by U.S. mail to plaintiff at 1012 N.W. 2nd Street, Fort Lauderdale, FL 33311.

By: */s/ Curtis Carlson*
      Curtis Carlson