UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-61719

Donnahue George,

    Plaintiff,

v.

Ken Griffin, et al.,

    Defendants.

_____

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Gregory M. Boyle of the law firm of Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, 312-923-2651, for purposes of appearance as co-counsel on behalf of The Depository Trust & Clearing Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Gregory M. Boyle to receive electronic filings in this case, and in support thereof states as follows:

    1.    Gregory M. Boyle is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Illinois, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.

    2.    Movant, Curtis Carlson, Esquire, of the law firm of Carlson & Associates, P.A., One S.E. Third Avenue, Suite 1200, Miami, Florida 33131, 305-372-9700, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida

1

and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Gregory M. Boyle has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Gregory M. Boyle, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Gregory M. Boyle at email address: GBoyle@jenner.com.

WHEREFORE, Curtis Carlson moves this Court to enter an Order permitting Gregory M. Boyle to appear before this Court on behalf of The Depository Trust & Clearing Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Gregory M. Boyle.

Date: October 14, 2021		Respectfully submitted,

	By:	*/s/Curtis Carlson*
		Curtis Carlson, FBN 236640

		Carlson & Associates, P.A.
		One S.E. Third Avenue, Suite 1200
		Miami, FL 33131
		*Tel:* 305-372-9700
		*E-mail:* carlson@carlson-law.net

	*Attorney for The Depository Trust & Clearing Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 21-cv-61719**

Donnahue George,

     Plaintiff,

v.

Ken Griffin, et al.,

     Defendants.

_____

## CERTIFICATION OF GREGORY M. BOYLE

Gregory M. Boyle, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Illinois, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                   /s/ Gregory M. Boyle
                                                                   Gregory M. Boyle

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 14, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by U.S. mail to plaintiff at 1012 N.W. 2nd Street, Fort Lauderdale, FL 33311.

                                                      By: */s/ Curtis Carlson*
                                                             Curtis Carlson