**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61719-MOORE/Snow**

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

## CERTIFICATION OF BRITTANY L. SUKIENNIK

Brittany L. Sukiennik, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies as follows: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar (Bar Number: 5025879) and am currently licensed to practice law before the following courts, with the corresponding dates of my admission: United States District Court for the Southern District of New York (05/01/2012); United States District Court for the Eastern District of New York (05/01/2012); Appellate Division of the Supreme Court of the State of New York, First Judicial Department (03/12/2012); and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                       */s/ Brittany L. Sukiennik*
                                                                       Brittany L. Sukiennik

010561.0000005 EMF_US 86891363v1