UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-MOORE/Snow

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE comes before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brittany L. Sukiennik (the "Motion"), filed pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Brittany L. Sukiennik may appear and participate in this action on behalf of Robinhood Financial LLC. The Clerk shall provide electronic notification of all electronic filings to Brittany L. Sukiennik at email address: bsukiennik@cravath.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of October, 2021.

_____
United States District Judge

Copies furnished to: All Counsel of Record