# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-61719-MOORE/Snow

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

## CERTIFICATION OF KEVIN J. ORSINI

Kevin J. Orsini, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies as follows: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar (Bar Number: 4261806), the New Jersey Bar (Bar Number: 042222003) and am currently licensed to practice law before the following courts, with the corresponding dates of my admission: United States Supreme Court (02/19/2013); United States Court of Appeals for the Second Circuit (09/07/2012); United States Court of Appeals for the Third Circuit (01/09/2019); United States Court of Appeals for the Ninth Circuit (01/27/2020); United States District Court for the Southern District of New York (11/16/2004); United States District Court for the Eastern District of New York (12/09/2010); United States District Court for the District of New Jersey (09/08/2016); Appellate Division of the Supreme Court of the State of New York, First Judicial Department (09/28/2004); Supreme Court of the State of New Jersey (02/04/2004); (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                          _____

                                                                          Kevin J. Orsini