UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-MOORE/Snow

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Antony L. Ryan of the law firm Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019-7475, (212) 474-1000, for purposes of appearance as co-counsel on behalf of Robinhood Financial LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Antony L. Ryan to receive electronic filings in this case. In support thereof, the undersigned states as follows:

1.    Antony L. Ryan is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar (Bar Number: 2784817). He is currently licensed to practice law before the following courts, with the corresponding dates of his admission: United States Supreme Court (08/31/2012); United States Court of Appeals for the Second Circuit (03/15/2005); United States Court of Appeals for the Third Circuit (04/25/2006); United States Court of Appeals for the Ninth Circuit (08/22/2019); United States Court of Appeals for the Tenth Circuit (04/20/2017); United States Court of Appeals for the Eleventh Circuit (09/15/2010); United

1

States Court of Appeals for the Federal Circuit (02/06/2009); United States District Court for the Southern District of New York (03/06/2001); United States District Court for the Northern District of New York (01/09/2008); United States District Court for the Eastern District of New York (03/29/2001); Appellate Division of the Supreme Court of the State of New York, Second Judicial Department (04/02/1997).

2. Movant, Samuel A. Danon, of the law firm Hunton Andrews Kurth LLP, Wells Fargo Center, 333 Southeast Second Avenue, Suite 2400, Miami, Florida 33131, (305) 810-2500, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Antony L. Ryan has made payment of this Court's $200 admission fee.

4. Antony L. Ryan has provided a certification in accordance with Rule 4(b), attached hereto as Exhibit A.

5. Antony L. Ryan, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Antony L. Ryan at email address: aryan@cravath.com.

WHEREFORE, Samuel A. Danon moves this Court to enter an Order allowing Antony L. Ryan to appear before this Court on behalf of Robinhood Financial LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Antony L. Ryan at email address: aryan@cravath.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served today by CM/ECF, which will send notification of such filing to all registered participants.

Dated: October 14, 2021.                    Respectfully submitted,

<u>/s/ Samuel A. Danon</u>
Samuel A. Danon (FBN 892671)
Gustavo J. Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
E-mail: sdanon@HuntonAK.com
            gmembiela@HuntonAK.com
            mcastellanos@HuntonAK.com

*Counsel for Robinhood Financial LLC*