UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-MOORE/Snow

DONNAHUE GEORGE,

　　Plaintiff,

v.

KEN GRIFFIN, et al.,

　　Defendants.

### CERTIFICATION OF ANTONY L. RYAN

Antony L. Ryan, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies as follows: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar (Bar Number: 2784817) and am currently licensed to practice law before the following courts, with the corresponding dates of my admission: United States Supreme Court (08/31/2012); United States Court of Appeals for the Second Circuit (03/15/2005); United States Court of Appeals for the Third Circuit (04/25/2006); United States Court of Appeals for the Ninth Circuit (08/22/2019); United States Court of Appeals for the Tenth Circuit (04/20/2017); United States Court of Appeals for the Eleventh Circuit (09/15/2010); United States Court of Appeals for the Federal Circuit (02/06/2009); United States District Court for the Southern District of New York (03/06/2001); United States District Court for the Northern District of New York (01/09/2008); United States District Court for the Eastern District of New York (03/29/2001); Appellate Division of the Supreme Court of the State of New York, Second Judicial Department (04/02/1997); and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____
Antony L. Ryan

2

010561.0000005 EMF_US 86891287v1