**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-61719-MOORE/SNOW**

DONNAHUE GEORGE,

        Plaintiff,

   v.

KEN GRIFFIN, CITADEL SECURITIES
LLC, CITADEL CONNECT, CITADEL
LLC, SECURITIES EXCHANGE
COMMISSION, FINRA, CFTC, DTCC,
ROBINHOOD FINANCIAL LLC, and
WEBULL FINANCIAL LLC,

        Defendants.
                                      /

**NOTICE OF STRIKING**

Pursuant to the Clerk's Notice to Filer (ECF No. 39), Defendant Robinhood Financial LLC ("Robinhood") respectfully submits this Notice of Striking ECF No. 35 (Defendant Robinhood Financial LLC's Opposition to Plaintiff's Motion for Preliminary Injunction). Robinhood requests that ECF No. 35 be stricken from the public docket. Robinhood will soon hereafter file a corrected version of ECF No. 35 such that the CM/ECF login information used to file the document matches the typed name on signature block of the document, as instructed by the Clerk.

*/s/ Samuel A. Danon*
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
Gustavo Javier Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
gmembiela@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice* pending)
Kevin J. Orsini (*pro hac vice* pending)
Brittany L. Sukiennik (*pro hac vice* pending)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendant Robinhood Financial LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: October 15, 2021

/s/ *Samuel A. Danon*
Samuel A. Danon (FBN 892671)

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via regular mail and certified mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se