UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM



| | |
|---|---|
| DONNAHUE GEORGE | REQUEST TO AMEND COMPLAINT |
| Plaintiff | |
| v. | |
| KEN GRIFFIN | |
| CITADEL SECURITIES MARKET MAKER | |
| CITADEL CONNECT DARK POOL | |
| CITADEL LLC HEDGE FUND | |
| SECURITIES EXCHANGE COMMISSION | |
| FINRA | |
| CFTC | |
| DTCC | |
| ROBINHOOD | |
| WEBULL | |
| Defendants | |

### PLAINTIFFS MOTION TO AMEND COMPLAINT PERSUANT TO FED CIV. P 15. (a) (2) OTHER AMENDMENTS IN ALL OTHER CASES A PARTY MAY AMEND ITS PLEADING ONLY WITH THE OPPOSING PARTYS WRITTEN CONSENT OR THE COURTS LEAVE.

## INTRODUCTION

Plaintiff Donnahue George respectfully moves this Court to allow plaintiff to amend the complaint pursuant to Fed Civ.P 15.(a)(2) other amendments In all other cases a party may amend its pleading only with the opposing party's written consent or the courts leave. The plaintiff after receiving additional information and doing additional legal research has come to the conclusion that the rules and regulations put in place by the SEC the DTCC and FINRA violate the defendants 14th amendment rights and are therefore unconstitutional.

None of the defendants have answered the complaint so the defendants would not be prejudiced by the amendment to the complaint. Plaintiff Donnahue George did not reach out to the defendants to get their written consent to the amended complaint because there are to many defendants and in an abundance of caution to insure that all defendants become aware of the request Plaintiff Donnahue George decided it would be more prudent and less time consuming to request permission directly from the courts.

## LEGAL ANALYSIS

The Plaintiff Donnahue George became aware that Defendant Citadel LLC and Ken Griffin made substantial donations to politicians in excess of $110,000,000 (110 million dollars) and paid almost $6,000,000 (6 million dollars) to lobbyists. While that in itself is not a violation of Plaintiff Donnahue George Constitutional

rights. The legislative and agency rules and regulations that were put in place and implemented could be directly influenced by these excessive donations. The rules and regulations that are currently in place by the SEC the DTCC and FINRA gives Citadel LLC Citadel Securities an unfair advantage in the market place while marginalizing retail investors.

1. SEC rule that allows Market makers to fabricate counterfeit shares with the objective of creating market liquidity but instead its used by bad actors to flood the market with counterfeit shares in order to devalue a company while making the bad actors money while marginalizing and disenfranchising retail investors and costing them millions.

2. The rule 203(b) (1)(2) and rule 204 that allows the Market Makers and bad actors to simply keep running a Ponzi scheme with the failure to delivers and when the bad actors are held accountable they pay a fine that is small percentage of the gains from violating the Failure to deliver statutes, so instead of acting as a deterrent these rules embolden the bad actors to continue in these questionable activities.

3. The SEC rule 606, FINRA Rule 4560 and Rule 200that requires Market Makers and hedge funds to report their short positions but when the bad actors ignore the rule and falsely reports short positions as long positions the fine that is imposed by the SEC and the other government agencies is just a

small percentage of the gains realized from the questionable activities. So instead of acting as a deterrent the actions of the SEC FINRA and the DTCC and the rules that they have in place gives and unfair advantage to the Hedge Funds Market Makers and Dark Pools while marginalizing retail investors violating retail investors 14th amendment rights under the constitution. The amount of rules in place that marginalize the retail investor while unconstitutionally benefiting the Hedge funds is unconscionable.

4. While these rules and regulations appear to be legal on their face they are very similar to the JIM CROW laws from the 19th century that gave an unfair legal advantage to a certain segment of society while marginalizing another segment of society The Supreme Court has held in many different cases over the years that these type of laws are a violation of the 14th amendment of the constitution and therefore unconstitutional. The Courts have held in *Brown v Bord of Education 347 U.S. 483 (1954)* that laws that give a distinct advantage to one segment of society while marginalizing and disenfranchising another segment of society is unconstitutional. The rules and regulations that benefits the hedge funds the market makers and the dark pools are unconstitutional and should be abolished and replaced with rules that level the playing field for all investors.

## **CONCLUSION**

Plaintiff Donnahue George requests that this honorable court grant Plaintiff Donnahue George permission to amend his complaint by adding the 14th amendment violation of plaintiffs constitutional rights to the complaint because of Defendants SEC DTCC and FINRA blatant written rules and regulations that give and unfair advantage to one segment of society where that party financially benefits from the unconstitutional rules while marginalizing another member of society who loses financially as a direct result of these unconstitutional rules.

Dated: October 14, 2021

Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion to amend was served by Certified Mail on October 15, 2021 to all counsel or parties of record on the Service List

_____
Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005