

FILED BY _____ D.C.

OCT 15 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**                                           **REPLY**

    Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**SECURITIES EXCHANGE COMMISSION**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

    Defendants

---

## PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO
## MOTION FOR PRELIMINARY INJUNCTION
### INTRODUCTION

Plaintiff Donnahue George respectfully replys to this Court in reply to Defendants

Motion in opposition of Plaintiffs motion for a preliminary injunction as set out

below and for the reasons set out in the accompanying Memorandum in Support of

Plaintiffs' reply to defendants Motion  in Opposition of Preliminary Injunction.

Fed. R. Civ. P. 65(a). Plaintiffs respectfully request that this honorable court issue

a preliminary injunction barring defendants from destroying any documents

whether paper or electronic related to AMC and GME shares, and barring

defendants from continuing trading AMC and GME shares in the Dark Pools until

a correct share count is done and verified by this honorable court

   WHEREFORE, Plaintiffs respectfully request the Court grant their Motion and

issue a preliminary injunction.

Dated: October 15, 2021

Donnahue George

## PLAINTIFFS MEMORANDUM IN REPLY TO DFENDANTS OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

### INTRODUCTION

Defendant FINRA argument that they are not a government agency is without merit In *Bivens v Six Unknown Fed. Narcotic Agents 403  U.S. 388 (1971)* the courts have held that even without a specific statute allowing a lawsuit if the actors action are in furtherarnce of a legitimate government interest then they are to be considered government actors. The Courts have held in *Kotch v Board of River Port Pilot Comm'rs 330 U.S. 552, 556 (1947)* that if the function that person or entity provides is a function usually reserved for the government then that person is a government actor and can be sued for violating the constitutional rights of the Plaintiff. FINRA states that among its regulatory obligations the Exchange Act requires FINRA to establish rules ' designed to prevent fraudulent and manipulative  acts and practices , to promote just and equitable principles of trade and in general. ***To Protect Investors and the Public Interest***. That mandate is definitely a function that would normally be performed by the government. The courts have held in *Edmonson v. Leesville ConcreteCo. Inc. 500 U.S. 614 (1991)* when government authority may dominate an activity to such an extent that its participants must be deemed to act with the authority of the government.

The Plaintiff will show that through direct evidence and circumstantial evidence that FINRA DTCC and SEC did not live up to their obligations under the mandate to ***Protect Investors and the Public Interest*** In fact on numerous occasions the Defendants actions were totally contrary to the mandate to ***Protect Investors and the Public interest.*** The Defendants have breached their contract to Protect Investors ad the Public Interest

Plaintiff Donnahue George filed a lawsuit against the Defendants on August 17, 2021 for RICO violations anti trust violations wire fraud and breach of contract. Plaintiff alleges that Defendants engaged in illegal activities such a selling naked counterfeit shares into the market on numerous occasions. Pushing retail orders through the dark pools in order to manipulate the price of AMC and GME shares. Even after the lawsuit was filed Defendants continued to push naked shorts and counterfeit shares into the market. Plaintiff has highly likelihood of success on the merits, will suffer irreparable harm without an injunction and an injunction will not substantially injure others while furthering the public interest. The Court should therefore grant Plaintiffs request for a preliminary injunction.

## **FACTS**

1. Robinhood, Webull along with Ken Griffin Citadel, Citadel Connect , Citadel Securities SEC, FINRA, CFTC and DTCC have created an

Enterprise and  Conspired and participated in conduct  that manipulated the Market and controlled the prices of stocks, to the detriment of myself and other retail investors. The Defendants pattern of behavior of allowing market manipulation or participating in Market Manipulation  is ongoing and continuous and a violation of United States Antitrust Laws. The Defendants established a private Dark pool in order to manipulate the price of securities and derivatives.

2. The Defendant Citadel Securities has been fined 58 times in the last 10 years for violating FINRA, REGSHO and SEC regulations. They have been charged and fined for willful naked shorting of stocks. If FINRA SEC and DTCC are ding their job of Protecting Retail Investors and the Public Interest , Why is Citadel Securities  Ken Griffin and Citadel LLC still licensed to function as a Hedge Fund Market Maker and unregistered Darkpool.

3. Citadel Securities was fined on 11/30/ 2020 $180,000 inaccurately reporting short positions.  They were fined  $10,000 on 2/14/2020 for trading ahead of the retail investors through the use of the payment for order flow system. They were fined $15,000 for making trades during circuit breakers events which means that when the markets were shut down and no one else was allowed to trade securities Citadel was still trading securities and making a

profit while retail investors were left holding the bag. Citadel was also fined $30,000 for naked shorting on 08/21/2019. The amount of fines issued by FINRA DTCC and the SEC pale in comparison to the money that Citadel LLC Ken Griffin and Citadel Securities made from the questionable activities. Obviously FINRA SEC and DTCC have breached the contract that they have with the American people by allowing this malfeasance to continue over the course of decades. The Defendants actions and the Government agencies inaction were direct cause of my monetary losses. Citadel Connect acts as a private Dark Pool and while the SEC has strict regulations regarding dark pool registration Citadel Connect has been given free rein by SEC FINRA CFTC and DTCC to operate outside the law to the detriment of Donnahue George and other retail investors nationally and internationally.

4. The rules and regulations put in place by FINRA DTCC and the SEC violate the 14th amendment rights of the Plaintiff and other retail investors and is therefore unconstitutional.

5. The Defendants committed substantive Rico Violations per 18 USC Section 1962 resulting in the plaintiff Donnahue George losing money and the Injury occurred because of the Defendants substantive RICO violations. The Defendants committed counterfeiting and wire fraud by counterfeiting and

selling fake synthetic shares into the market that they knew did not exist and then sending electronic wire to plaintiff alleging they wired the stocks and derivatives through WEbull and Robinhood that Plaintiff purchased when in reality they wired nothing.

6. They call the transactions synthetic shares in order to minimize the criminality of the transaction. What are synthetic $100 bills, synthetic car titles, synthetic property deeds, synthetic GUCCI bags? We would call them counterfeit. What they are doing in putting counterfeit shares into the market in order to manipulate the price of AMC and GME stock.

7. The abusive shorting are not the random act of renegade hedge funds and market makers with the SEC FINRA CFTC and DTCC turning a blind eye, but rather a coordinated  business plan that is carried out by a collusive consortium and enterprise of hedge funds prime brokers and Market makers under the closed eyes of the Government agencies that we are paying to protect our interests.

The Plaintiff Donnahue George became aware that Defendant Citadel LLC and Ken Griffin made substantial donations to politicians in excess of $110,000,000 (110 million dollars) and paid almost $6,000,000 (6 million dollars) to lobbyists. While that in itself is not a violation of Plaintiff Donnahue George Constitutional rights. The legislative and agency rules and regulations that were put in place and

implemented could be directly influenced by these excessive donations. The rules and regulations that are currently in place by the SEC the DTCC and FINRA gives Citadel LLC Citadel Securities an unfair advantage in the market place while marginalizing retail investors.

8. SEC rule that allows Market makers to fabricate counterfeit shares with the objective of creating market liquidity but instead its used by bad actors to flood the market with counterfeit shares in order to devalue a company while making the bad actors money while marginalizing and disenfranchising retail investors and costing them millions.

9. The rule 203(b) (1)(2)  and rule 204 that allows the Market Makers and bad actors to simply keep running a Ponzi scheme with the failure to delivers and when the bad actors are held accountable they pay a fine that is small percentage of the gains from violating the Failure to deliver statutes, so instead of acting as a deterrent these rules embolden the bad actors to continue in these questionable activities.

10. The SEC rule  606, FINRA Rule 4560  and Rule 200that requires Market Makers and hedge funds to report their short positions but when the bad actors ignore the rule and falsely reports short positions as long positions the fine that is imposed by the SEC and the other government agencies is just a small percentage of the gains realized from the questionable activities. So

instead of acting as a deterrent the actions of the SEC FINRA and the DTCC and the rules that they have in place gives and unfair advantage to the Hedge Funds Market Makers and Dark Pools while marginalizing retail investors violating retail investors 14th amendment rights under the constitution. The amount of rules in place that marginalize the retail investor while unconstitutionally benefiting the Hedge funds is unconscionable.

11. While these rules and regulations appear to be legal on their face they are very similar to the JIM CROW laws from the 19th century that gave an unfair legal advantage to a certain segment of society while marginalizing another segment of society The Supreme Court has held in many different cases over the years that these type of laws are a violation of the 14th amendment of the constitution and therefore unconstitutional. The Courts have held in *Brown v Bord of Education 347 U.S. 483 (1954)* that laws that give a distinct advantage to one segment of society while marginalizing and disenfranchising another segment of society is unconstitutional. The rules and regulations that benefits the hedge funds the market makers and the dark pools are unconstitutional and should be abolished and replaced with rules that level the playing field for all investors.

## Preliminary Injunction

The Party moving for a preliminary injunction bears the burden to demonstrate the factors justifying relief. Granny Goose Food, Inc v. Brotherhood of Teamsters & Auto Truck Drivers, 415 U.S. 423 441 (1974) The courts have adopted a two part test requiring the Plaintiff to show (1) a prima facie case of previous violations of federal securities law and (2) a reasonable likelihood that the wrong will be repeated See SEC v. Unique Fin Concepts Inc. 196 F .3d 1195, 1199 n. 2(11th Cir. 1999) (citing Mgmt Dynamics, Inc, 515 F.2d at 806-07; SEC v. Manor Nursing Ctrs. Inc, 458 F.2d 1082, 1100 (2d Cir. 1972) see also SEC v. Schooler, 902 F, Supp. 2d 1341, 1345 (S.D Cal. 2012) (using the two-part standard when determining when whether to issue a preliminary injunction.

"The granting of a preliminary injunction is the exercise of a very far reaching power never to be indulged in except in a case clearly warranting it" On application for preliminary injumction the court is not bound to decide doubtful and difficult questions of law or disputed questions of facts Dymo Indus, Inc v TapePrinter, Inc, 326 F.2d 141, 143 (9th Cir. 1964)

## Prima Facie Case of Past Securities Violations

Defendant Citadel Securities have been fined multiple times in the past for violations of Securities laws. In Jan of 2017 Citadel securities was fined 22

million dollars for misleading investors. In March of 2021 was fined

$275,000 for  FINRA reporting violations in July of 2020 Citadel was fined

$700,000 for violating FNRA rule 5320 (See Exhibit A) In 2016 Citadel was

fined $180,000 for reporting 6.5 million shares as log positions when they

were actually short positions(see exhibit B) Citadel has filed requests to be

exempt from the 1940 Investment act on several occasions and it always

seems to be granted (see exhibit C) The failures to deliver of AMC stock

according to a SEC report was 1088% which was more than 150 times the

failure to deliver of Apple stock which is 11 times the size of AMC (See

Exhibit D) The FINRA website is very clear that naked shorting and failures

to delivers are meant to "enrich an oligarchy, and defraud investors (See

exhibit E)

### Reasonable Likelihood the Wrong Will be Repeated

Citadel Securities have continued to trade AMC stocks in the dark pool after

the lawsuit was filed. The Dark Pool was designed for large institutional

trades to not disrupt the market, Yet Citadel Securities is using the dark pool

to manipulate the price of AMC stock by routing retail buy orders through

the dark pool so that they are not reflected on the NYSE and therefore they

keep the price down. On September 2, 2021 68% of AMC shares were

traded in the dark pool (see exhibit F)Investopedia states that " The prices at

which trades are executed in the dark pools ,may diverge from prices
displayed in the public Markets which puts retail investors at a huge
disadvantage" if 10% of stock is traded in the dark pool that is considered
excessive yet AMC shares are being traded at almost 70% in the dark pool .
This abuse continued after the lawsuit was filed and sent by certified mail
return receipt to all defendants with a copy of waiver of the service of
summons plus a stamped return envelope.

Defendants past violations of securities laws on multiple occasions and their
continued naked shorting of AMC shares while also continuing to route retail
orders through the dark pool in order to  manipulate the price of AMC and GME
shares meets the 2 requirements set forth by federal case law in order for this
honorable court to grant this preliminary injunction. This honorable court should
issue the preliminary injunction until a true and correct share count of AMC shares
are verified by the court.

The only people that do not like the truth are those that benefit from the lies. Why
would Ken Griffin, Citadel LLC, Citadel Securities, DTCC, FINRA, and the SEC
not want an accurate share count?  The only reason is because they can hide illegal
questionable activity in the inaccurate share count and continue manipulating the
price of AMC and GME. Why would the Defendants not want the courts to
preserve all their written and electronic documents concerning all transactions

relating to AMC and GME shares? The only reason is because these documents would probably provide evidence at trial of the malfeasance and questionable activity that has been going on for decades.

## **CONCLUSION**

For the foregoing reasons, this court should grant Plaintiffs motion for Preliminary injunction barring defendants from destroying any documents whether written or electronic related to AMC and GME shares and barring Defendants from trading AMC and GME shares through the dark pools or alternative trading platforms until and accurate share count is done of AMC and GME shares and whatever else the court finds fair and equitable.

Respectfully Submitted

Date October 15, 2021                                        Donnahue George

## **Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Reply to opposition of Preliminary injunction was served by U.S. Mail on October 15, 2021  to all counsel or parties of record on the Service List

Donnahue George

SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005