UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61719-MOORE/SNOW

DONNAHUE GEORGE,

        Plaintiff,

v.

KEN GRIFFIN, CITADEL SECURITIES LLC, CITADEL CONNECT, CITADEL LLC, SECURITIES EXCHANGE COMMISSION, FINRA, CFTC, DTCC, ROBINHOOD FINANCIAL LLC, and WEBULL FINANCIAL LLC,

        Defendants.

_____/

## DEFENDANT ROBINHOOD FINANCIAL LLC'S NOTICE OF COMPLIANCE WITH THE COURT'S REQUEST FOR INSTRUCTION

Defendant Robinhood Financial LLC ("Robinhood") respectfully submits this notice of compliance with the Court's request for instruction regarding "what impact, if any, the filing of a second amended complaint would have on Plaintiff's Motion for Preliminary Injunction." (ECF No. 46.)

Robinhood has not yet seen Plaintiff's new complaint, but Plaintiff's motion for leave to amend suggests that Plaintiff will add certain causes of action against other defendants, not Robinhood. Nothing in Plaintiff's motion for leave to amend suggests that Plaintiff intends by amending the complaint to cure any of the deficiencies in Plaintiff's Motion for Preliminary Injunction ("PI Motion") against Robinhood (ECF No. 10), as set forth in Robinhood's opposition (ECF No. 35), which further incorporates by reference arguments in the Citadel Defendants' opposition (ECF No. 32). Robinhood's position remains that the PI Motion should be summarily denied. Robinhood reserves all rights to supplement Robinhood's opposition to

the PI Motion or to file a new opposition to the extent Plaintiff's new complaint proffers any additional allegations or causes of action as to Robinhood.

Dated: October 21, 2021

                /s/ Samuel A. Danon

**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
Gustavo Javier Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
gmembiela@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendant Robinhood Financial LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: October 21, 2021

/s/ *Samuel A. Danon*
Samuel A. Danon (FBN 892671)

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via regular mail and certified mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se