**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

DONNAHUE GEORGE,

     *Plaintiff*,

     v.

THE DEPOSITORY TRUST & CLEARING

CORP., *et al.*,

     *Defendants*.

Case No. 21-cv-61719-KMM

**DEFENDANT THE DEPOSITORY TRUST & CLEARING CORPORATION'S**
**RESPONSE TO THE COURT'S REQUEST FOR INSTRUCTION**

Defendant The Depository Trust & Clearing Corporation ("DTCC") hereby submits this filing in compliance with the Court's request for instruction regarding "what impact, if any, the filing of a second amended complaint would have on Plaintiff's Motion for Preliminary Injunction." *See* ECF No. 46.

Plaintiff Donnahue George sought leave to amend his complaint to add claims alleging that "the rules and regulations put in place by the SEC the DTCC and FINRA violate the defendants [sic] 14th amendment rights and are therefore unconstitutional." ECF No. 42, at 2. This Court granted Plaintiff Donnahue George until October 22, 2021 to file an Amended Complaint. ECF No. 46. Plaintiff did not file an Amended Complaint within that time. Moreover, any constitutional claim against DTCC would plainly fail because DTCC, as a private corporation, is not a state actor. *See Desidero v. Nat'l Ass'n of Sec. Dealers*, 191 F.3d 198, 206 (2d Cir. 1999). This Court should therefore proceed to consideration of Plaintiff's motion for a preliminary

injunction and should, for the reasons set forth in DTCC's opposition to that motion, ECF No. 31,

deny Plaintiff's motion.

Dated: October 25, 2021

Respectfully submitted,

/s/ Curtis Carlson
Curtis Carlson
FBN 236640
CARLSON & ASSOCIATES, P.A.
1 SE 3rd Ave, Ste 1200
Miami, FL 33131
(305) 372-9700
carlson@carlson-law.net

Adam G. Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
(202) 639-6000
AUnikowsky@jenner.com

Gregory M. Boyle (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923-2651
GBoyle@jenner.com

*Attorneys for Defendant The Depository Trust & Clearing Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 25, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by U.S. mail to plaintiff at 1012 N.W. 2nd Street, Fort Lauderdale, FL 33311.

/s/ Curtis Carlson
Curtis Carlson