**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-61719-MOORE/SNOW**

DONNAHUE GEORGE,

        Plaintiff,

    v.

KEN GRIFFIN, CITADEL SECURITIES
LLC, CITADEL CONNECT, CITADEL
LLC, SECURITIES EXCHANGE
COMMISSION, FINRA, CFTC, DTCC,
ROBINHOOD FINANCIAL LLC, and
WEBULL FINANCIAL LLC,

Defendants.

_____/

**DEFENDANTS KEN GRIFFIN, CITADEL ENTERPRISE
AMERICAS LLC, AND CITADEL SECURITIES LLC'S NOTICE OF
COMPLIANCE WITH THE COURT'S REQUEST FOR INSTRUCTION**

      Defendants Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), and Citadel Securities LLC (the "Citadel Defendants") respectfully submit this notice of compliance with the Court's Order instructing the Parties "to inform the Court as to what impact, if any, the filing of a second amended complaint would have on Plaintiff's Motion for Preliminary Injunction." (ECF No. 46.) Notwithstanding the Court's directive that Plaintiff "file a second amended complaint on or before October 22, 2021," Plaintiff failed to file such a pleading by the deadline or seek an extension of time prior to the expiration of the deadline. Plaintiff's Motion for Preliminary Injunction should therefore be denied on the record currently before the Court for the reasons set forth in the Citadel Defendants' Opposition ("Opposition"). (ECF No. 32.)

      In any event, Plaintiff sought leave to file a second amended complaint that would include allegations regarding the purported deprivation of his constitutional rights by "Defendants SEC DTCC and FINRA." (Pl.'s Mot. to Amend, ECF No. 42 at 1, 5.)[1] To the extent Plaintiff did

---

[1] Because Plaintiff's Motion to Amend does not include page numbers, this citation refers to the page number in the electronically-generated CM/ECF header on the document.

file a second amended complaint, these new allegations would not relate directly to the Citadel Defendants and should therefore have no bearing on the Opposition. Nor would such an amendment do anything to cure the numerous deficiencies in Plaintiff's Motion for Preliminary Injunction (or in the amended complaint). The Citadel Defendants reserve their rights to supplement the Opposition if Plaintiff adds additional allegations or claims in a second amended complaint.

Dated: October 25, 2021

Respectfully submitted,

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (561) 213-5635
Email: jasonsternberg@quinnemanuel.com
Secondary: olgagarcia@quinnemanuel.com

*Counsel for Defendants Ken Griffin, Citadel Enterprise Americas LLC, and Citadel Securities LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: October 25, 2021

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jasonsternberg@quinnemanuel.com

## SERVICE LIST

All counsel of record, via ECF

Plaintiff Donnahue George, via ECF and certified mail
1012 NW 2nd Street
Fort Lauderdale, FL 33311
donnahuegeorge@gmail.com
Pro Se