UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61719-Civ-KMM

**DONNAHUE GEORGE,**

    Plaintiff,

v.

**KEN GRIFFIN, ET AL.**

    Defendants.

_____/

## DEFENDANT FINRA'S RESPONSE TO THE COURT'S REQUEST FOR INSTRUCTION

Pursuant to the Court's Order [ECF No. 46], Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") states that it does not believe that a Second Amended Complaint, if filed on an untimely[1] basis now, would substantively impact the pending Motion for Preliminary Injunction [ECF No. 10] or FINRA's opposition thereto [ECF No. 24]. The Motion remains without merit and should be denied.

Plaintiff sought leave to amend to add claims alleging that "the rules and regulations put in place by the SEC the DTCC and FINRA violate the defendants [sic] 14th amendment rights and are therefore unconstitutional." [ECF No. 42, at 2]. It is axiomatic that the Constitution only governs the conduct of the state, while conduct by private actors falls beyond its reach. As a matter of law, FINRA is not a government agency or a state actor. FINRA, like its predecessor NASD, is "a private actor, not a state actor." *Desiderio v. NASD, Inc.*, 191 F.3d 198, 206 (2d

---

[1] This Court granted Plaintiff until October 22, 2021 to file an Amended Complaint. ECF No. 46. However, Plaintiff did not comply with the Court's deadline.

Cir. 1999), *cert. denied,* 531 U.S. 1069 (2001); *see also Santos-Buch v. FINRA,* 32 F. Supp. 3d 475, 484 (S.D.N.Y. 2014), *aff'd* 591 Fed. App'x 32 (2d Cir. 2015) ("FINRA is not a state actor."). Therefore, any untimely claim purporting to assert a Constitutional breach by FINRA is *ab initio* meritless. Plaintiff's preliminary injunction motion should be denied.

Respectfully submitted,

*/s/ David S. Mandel*
David S. Mandel
FBN 38040
MANDEL & MANDEL LLP
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Defendant,*
*Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 27, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by US mail to the plaintiff at 1012 NW 2nd Street, Fort Lauderdale, FL 33311.

*David S. Mandel*