FILED BY ƐB D.C.

NOV - 4 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**　　　　　　　　　**AMENDED COMPLAINT**

　　　　　　　　　　　　　　　　　　　　**JURY TRIAL DEMAND**

　　Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**SECURITIES EXCHANGE COMMISSION**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

　　Defendants

## PARTIES

**Plaintiff**

Donnahue George at 1012 NW 2nd st Fort Lauderdale Florida 33311

**Defendants**

**SECURITY EXCHANGE COMMISSION**

100 F st NE Washington DC 20549

**KEN GRIFFIN**

131 S Dearborn St Chicago IL 60603

**CITADEL SECURITIES MARKET MAKER**

425 Park Ave New York NY 10022

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**FINRA**

1735 K Street NW Washington DC 20006

**CFTC**

1155 21st St NW  Washington DC 20581

**DTCC**

55 Water St  New York NY 10041

**ROBINHOOD FINANCIAL LLC**

85 Willow road Menlo Park CA 94025

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005

**Basis of Jurisdiction**

The Basis of federal court Jurisdiction is a Federal Question

- A. Violation of my 4th 5th and 14th Amendment of Constitution
- B. U.S. Code 1983 Civil action for deprivation of Rights
- C. The amount in controversy is over $75,000  and $100,000,000 in punitive damages
- D. RICO Violations 18 U.S.C. § 1962(c),
- E. Diversity Parties are from different jurisdictions 28 U.S.C 1332
- F. Antitrust laws Sherman Act 1890 Clayton Act 1940 Federal Trade Commission act of 1914

The Plaintiff, Donnahue George upon information and belief, as and for his Amended complaint Pursuant to **Federal Rule 15 Amended and Supplemental pleadings** against the Defendants, say:

## INTRODUCTION

1. This case arises out of the fact that the SEC and other government agencies have breached the contract that they have with myself and other United States Citizens. We pay them to protect our interest as retail investors and insure a fair and open Market, and by accepting those payments they contract to protect the integrity of the market. .The SEC FINRA CFTC and the DTCC have breached the contract that they have with myself other American citizens and the entire worlds economic system. They breached the contract by turning a blind eye to the irregularities and illegal acts in the market and allow this malfeasance to continue, costing Donnahue George losses of $1,700,000.00 and other retail investors millions of dollars. Even when these government agencies put on an appearance of fining theses bad actors in our markets, the fines and punishments are so small that instead of acting as a deterrent the fines and punishments actually embolden the bad actors to continue their bad behavior. The Government agencies actions are similar to a bank robbery. The bank robbers are caught by the police but instead of arresting the bank robbers and taking them to jail the police take a

cut of the ill-gotten proceeds and then let the bank robbers keep the rest. In what other industry in this world would this type of behavior be acceptable.

2. Robinhood, Webull along with Ken Griffin Citadel, Citadel Connect, Citadel Securities SEC, FINRA, CFTC and DTCC have created an Enterprise and Conspired and participated in conduct that manipulated the Market and controlled the prices of stocks, to the detriment of myself and other retail investors. The Defendants pattern of behavior of allowing market manipulation or participating in Market Manipulation is ongoing and continuous and a violation of United States Antitrust Laws. The Defendants established a private Dark pool in order to manipulate the price of securities and derivatives. The Defendants actions and the Government agencies inaction were direct cause of my monetary losses. Citadel Connect acts as a private Dark Pool and while the SEC has strict regulations regarding dark pool registration Citadel Connect has been given free rein by SEC FINRA CFTC and DTCC to operate outside the law to the detriment of Donnahue George and other retail investors nationally and internationally.

3. The Defendants committed substantive Rico Violations per 18 USC Section 1962 resulting in the plaintiff Donnahue George losing money and the Injury occurred because of the Defendants substantive RICO violations. The Defendants committed counterfeiting and wire fraud by counterfeiting and

selling fake synthetic shares into the market that they knew did not exist and then sending electronic wire to plaintiff alleging they wired the stocks and derivatives through WEbull and Robinhood that Plaintiff purchased when in reality they wired nothing.

4. They call the transactions synthetic shares in order to minimize the criminality of the transaction. What are synthetic $100 bills, synthetic car titles, synthetic property deeds, synthetic GUCCI bags? We would call them counterfeit. What they are doing in putting counterfeit shares into the market in order to manipulate the price of AMC and GME stock.

5. The abusive shorting are not the random act of renegade hedge funds and market makers with the SEC FINRA CFTC and DTCC turning a blind eye, but rather a coordinated business plan that is carried out by a collusive consortium and enterprise of hedge funds prime brokers and Market makers under the closed eyes of the Government agencies that we are paying to protect our interests.

6. The predicate actions of all the defendants were continuous and interrelated

7. The Defendants participated in conduct that was interrelated. The action of the Defendants created an enterprise because they all benefited from their illegal activity. The Defendants have established a pattern of behavior over the past years in furtherance of their market manipulation and illegal

activities. The Defendants action and the Government agencies inactions are the direct reason for Donnahue George losses.

8. The actions of Defendants Ken Griffin Citadel LLC Citadel Securities and Citadel Connect actions are a direct violation of the Sherman act of 1890 the Clayton Act of 1914 and the Federal Trade Commission act of 1914 They have an illegal monopoly on the market and the SEC FNRA CFTC and DTCC turn a blind eye to these violations. The Defendants illegal Monopoly are the direct cause of Donnahue George monetary losses.

## **Breach of Contract**

9. The elements for a breach of contract require that 1. The existence of a contract 2. Performance by the Plaintiff 3, failure to perform the contract on the part of the defendant 4. Resulting damages to the plaintiff.

10. The SEC FINRA CFTC and DTCC had a Contract with the American people to insure an open and fair market, 2 The Plaintiff performed buy paying the SEC FINRA CFTC and the DTCC their salary every year 3 The SEC FINRA CFTC and the DTCC failed to perform by turning a blind eye for years to all the illegal activities of the Hedge funds Market Makers and Dark Pools and when acting like they were fulfilling their obligations under the contract by punishing the bad actors they only fined the bad actors a small amount compared to the profits the bad actors received from their bad

behavior. These miniscule fines instead of deterring bad behavior, encouraged the bad behavior and the bad actors just looked at the petty fines as a cost of doing business 4 The Defendants failure to perform was the direct result of Plaintiff Donnahue George monetary losses.

## RICO Violations

11. In order to establish a RICO violation, four basic elements must be proven: a pattern of racketeering activity, a culpable person with the requisite mens rea, an enterprise, and an effect on interstate commerce. However, additional elements may be necessary depending on the nature of the claim for civil liability.

12. To prevail on a civil RICO claim, a plaintiff must identify a culpable person who actually committed the RICO violation or conspired to do so. However, under the RICO statute, the "culpable person" can be any individual or entity capable of holding a legal or beneficial interest in property. The plaintiff must also be able to demonstrate that the culpable person possessed the mental state required to commit the alleged predicate offenses. In other words, it must be shown that the defendant intended to commit predicate acts despite having the knowledge that those acts were illegal.

13. The SEC DTCC FINRA CFTC Ken Griffin Citadel Connect Citadel Securities Citadel LLC Robin Hood and WEbull are individuals under the

definition established by the RICO statute and possess the Mental State required to commit the predicate offenses alleged in this complaint. The Defendants committed these acts despite having complete knowledge that their actions were illegal and contrary to multiple federal laws and statutes.

14. Under RICO, any legal entity, individual, or group of associated individuals may be considered an enterprise. Informal associations, or association-in-fact enterprises, may still be considered enterprises if it can be shown that the individuals involved worked together in furtherance of a common illegal interest. Additionally, the enterprise must be a distinct and separate entity from the established culpable individual.

15. The SEC DTCC FINRA CFTC Ken Griffin Citadel Connect Citadel Securities Citadel LLC Robinhood and WEbull are distinct and separate individuals and worked together to manipulate the price of AMC and GME shares to benefit themselves at the detriment of myself and other retail investors nationally and internationally.

16. Predicate acts are independently illegal, racketeering activities. Under RICO, certain specifically enumerated federal crimes and certain state offenses are prohibited and are deemed "predicate acts" necessary to state a claim under RICO. The list of prohibited activities includes, among others, wire or mail

fraud, money laundering, counterfeiting, embezzlement, illegal gambling, extortion, and bribery.

17. The Defendants committed wire fraud by electronically sending fake counterfeit shares that they knew did not exist through my Webull and Robinhood account electronically. The Defendants committed counterfeiting by fabricating and counterfeiting fake synthetic shares and selling them into the market and shorting them into the market even though they knew that selling fake naked shorts was illegal and banned since 2008.

18. The Defendants Citadel LLC Citadel Connect Citadel Securities along with Robinhood and Webull conspired to hold our buy orders in order to buy in front of me in order to gain a distinctive illegal advantage. Citadel was fined $700,000 in the past for this illegal activity but that fine was not significant enough to stop that bad behavior. They routed buy orders through the dark pool and flooded the regular market with sell orders in order to manipulate the price of AMC and GME stock. The Dark pool volume for AMC and GME is over 60% no other stock has that type of Dark Pool volume. Retail traders do not trade on the Dark Pool so this is further evidence of the Defendants utilizing the Dark Pools to Manipulate the market. They coordinated Ladder attacks to control and manipulate the price of AMC and GME stock buying and selling shares between them at pre determined prices in order to bring

down the stock. Buy orders exceeded sell orders yet the price of AMC and GME continued to decline. The Defendants Manipulation of the AMC stock in the dark pool resulted in losses to Plaintiff Donnahue George

19. Even though naked shorts have been illegal since 2008 The Defendants continue to fabricate naked shorts of AMC and GME to flood the markets with the naked shorts in order to manipulate the stock price. Until a correct and accurate share count is done we will not know how many counterfeit shares are being traded. There are probably Billions of fake synthetic shares of AMC and GME flooding the market. The SAY technology website showed that 1% of retail investors owned 10% of AMC shares. That suggests billion of fake shares being traded in the market.

20. The Defendants abuse the Failure to Deliver system (FTD) to further manipulate the market. The Defendants never covered the Failure to Delivers on multiple dates from May 2021 to the present. instead they just move the Debt from bank to bank to give the appearance of delivering the shares further manipulating the market and putting the entire United States economic system at risk.

21. A Ponzi Scheme is when a bad actor uses the funds of new investors to pay off old investors to keep the scheme going. If the Hedge funds are moving their Failure to Delivers from bank to bank in order to keep the scheme going

and never ever actually delivering the shares, would that be considered a Ponzi Scheme under the law?

22. Citadel Securities was fined 58 times for in the last few years, In February of 2021 They were fined again a mere $10,000 for failing to deliver shares again during the GME squeeze. How can fines like that deter bad behavior? The Defendants continue on this illegal course of action resulting in daily losses to Plaintiff Donnahue George because there are no consequences that deter their bad behavior.

23. The Defendants from June 2021 to the present used derivatives such as far out of the money put options in order to manipulate the short interest rate of AMC and GME. The CFTC turned a blind eye to this abuse and by doing so breached their contract with Plaintiff Donnahue George and the American people to protect our interests in the market. The CFTC took a oath to protect a fair and transparent market but by turning a blind eye to these abuses failed in their oath of office and breaching the contract that they agreed to buy accepting government employment.

24. The Defendants are also using round lot and odd lot algorithmic trading to further manipulate the market. They set up the algorithmic system in order to keep the price down by not counting shares bought below the block amount of 100 shares the same as blocks of shares bought in 100 share blocks.

25. The Defendants also utilized the short exempt rule to further manipulate the market. The short exempt rule is unregulated and works on the honor system. It puts the burden on the hedge fund to report any violation of the Short exempt rule. Whenever a stock goes down more than 10% in a day The next day hedge funds are not allowed to short the stock at a lower price but the short exempt rule allows the hedge funds to ignore the uptick rule and continue to short a stock into oblivion. They utilize the short exempt rule in order to ignore the uptick rule to further manipulate the price action.

26. The Defendants have utilized mass media and social media as another way to manipulate stock prices. They have co conspirators in mass media who write and broadcast information that they know to be incorrect in order to manipulate stock prices. They utilize bots and paid shills which are people that are paid to enter social media rooms to spread lies and FUD Fear Uncertainty Doubt in order to get retail investors to buy or sell their stocks.

27. The Defendant Citadel LLC has paid Janet Yellen $7,000,000 in speaking fees this same defendant has donated $68,000,000 to Government funds and donated money to all the individuals who voted against the investment security act, creating a conflict of interest that cannot be ignored.

28. Generally, RICO prohibits four different types of activities: investment of racketeering income in an enterprise, acquisition or control of an enterprise

due to a pattern of racketeering activity, operation of a RICO enterprise, and RICO conspiracy. Of these four types of activities, plaintiffs in civil RICO actions most commonly rely on 18 U.S.C. § 1962(c), conducting the affairs of an enterprise through a common pattern of racketeering activity.

29. The Defendants actions violated RICO statute by racketeering activities a RICO enterprise and a RICO conspiracy

30. The Defendants Citadel connect Citadel Securities and Citadel LLC along with Robinhood and Webull conspired to move investors shares of AMC and GME through dark pools and Citadel connect in order to manipulate the price and reduce the real value of the AMC and GME shares

## ANTITRUST LAWS

31. Antitrust laws are statutes developed by governments to protect consumers from predatory business practices and ensure fair competition. The actions of Ken Griffin Citadel LLC Citadel Securities and Citadel Connect are in direct violation of the antitrust statutes

32. Under Section 2 of the Sherman act a Monopoly exists when an actor possess Monopoly power in the relevant market and the willful acquisition or maintenance of that power as distinguished from growth or development of a superior product business acumen or historic accident.

33. Ken Griffin is in possession of monopoly power over the stock market because of his ownership of the Hedge Fund the Market Maker and the unregulated Dark Pool

34. The unprecedented growth of Citadel and its Business acumen meets all the requirements for a violation of the Sherman act and establishes Ken Griffin , Citadel LLC Citadel Securities and Citadel Connect as an illegal monopoly.

35. The Defendants Ken Griffin Citadel LLC The Hedge Fund and Citadel Securities the Market Maker along with Citadel Connect The unregistered Dark pool have a unfair monopoly on the market. The Company that is shorting AMC and GME stock is also the company directing the orders, with the option to divert and hold orders on its unregistered dark pool and fill the orders. From April of 2021 to the present Robinhood and WEBull have taken my buy orders of AMC shares routed them to Citadel who then ran them through Citadel connect and other dark pools in order to control and manipulate the price of AMC stock. They utilize this monopoly to control the price of any stock that they have set their sights on. All these Companies are owned by Ken Griffin. This is an unfair monopoly that would not be accepted in any other industry and is ripe for abuse and illegal activity.

These actions are in direct violation of the antitrust and monopoly laws instituted by our legislature. Sherman Act 1890 Clayton Act 1940 Federal Trade Commission act of 1914

The Defendants Violation of the antitrust losses contributed to Plaintiff Donnahue George continuing to lose money.

## **CIVIL RIGHTS VIOLATIONS**

36. The plaintiff after receiving additional information and doing additional legal research has come to the conclusion that the rules and regulations put in place by the SEC the DTCC and FINRA violate the defendants 14th amendment rights and are therefore unconstitutional.

The Plaintiff Donnahue George became aware that Defendant Citadel LLC and Ken Griffin made substantial donations to politicians in excess of $110,000,000 (110 million dollars) and paid almost $6,000,000 (6 million dollars) to lobbyists. While that in itself is not a violation of Plaintiff Donnahue George Constitutional rights. The legislative and agency rules and regulations that were put in place and implemented could be directly influenced by these excessive donations. The rules and regulations that are currently in place by the SEC the DTCC and FINRA gives Citadel LLC Citadel Securities an unfair advantage in the market place while marginalizing retail investors.

37. SEC rule that allows Market makers to fabricate counterfeit shares with the objective of creating market liquidity but instead its used by bad actors to flood the market with counterfeit shares in order to devalue a company while making the bad actors money while marginalizing and disenfranchising retail investors and costing them millions.

38. The rule 203(b) (1)(2) and rule 204 that allows the Market Makers and bad actors to simply keep running a Ponzi scheme with the failure to delivers and when the bad actors are held accountable they pay a fine that is small percentage of the gains from violating the Failure to deliver statutes, so instead of acting as a deterrent these rules embolden the bad actors to continue in these questionable activities.

39. The SEC rule 606, FINRA Rule 4560 and Rule 200that requires Market Makers and hedge funds to report their short positions but when the bad actors ignore the rule and falsely reports short positions as long positions the fine that is imposed by the SEC and the other government agencies is just a small percentage of the gains realized from the questionable activities. So instead of acting as a deterrent the actions of the SEC FINRA and the DTCC and the rules that they have in place gives and unfair advantage to the Hedge Funds Market Makers and Dark Pools while marginalizing retail investors violating retail investors 14th amendment rights under the constitution. The

amount of rules in place that marginalize the retail investor while unconstitutionally benefiting the Hedge funds is unconscionable.

40. While these rules and regulations appear to be legal on their face they are very similar to the JIM CROW laws from the 19th century that gave an unfair legal advantage to a certain segment of society while marginalizing another segment of society The Supreme Court has held in many different cases over the years that these type of laws are a violation of the 14th amendment of the constitution and therefore unconstitutional. The Courts have held in *Brown v Bord of Education 347 U.S. 483 (1954)* that laws that give a distinct advantage to one segment of society while marginalizing and disenfranchising another segment of society is unconstitutional. The rules and regulations that benefits the hedge funds the market makers and the dark pools are unconstitutional and should be abolished and replaced with rules that level the playing field for all investors.

41. The Defendants SEC FNRA and DTCC were aware of these illegal activities and instead of fining these bad actors in an amount that would deter this bad behavior, the fines and punishments actually motivated the bad actors to continue violating the law. If an institution commits an illegal act and profits ($100,000,000.00) 100 Million Dollars from that illegal act. but if they get

caught doing these illegal activities the fine is only ($1,000,000.00) 1 Million Dollars why would they stop doing illegal activities? Robinhood was fined $70 million dollars but the amount of money they made shutting down trading and deceiving investors made that $70 million dollar fine seem insignificant. Robinhood even admitted in their IPO filing that they would probably engage in the same illegal conduct again. How was that fine a deterrent to future bad behavior?

42. For years the Hedge Funds Market Makers and investment Banks have called us "Dumb Money" while they steal our homes, retirement funds and our children's future while the government turns a blind eye. We retail investors are tired of the corruption and abuse that we have suffered at the hands of the so called "Smart Money" We have adopted the moniker of "The Apes" We have adopted this moniker because we are unconventional and think outside the box. The AI algorithms that worked to control the prior generation of retail investors has little affect on us. We retail Investors "Apes" are sick and tired of watching our hard earned savings and our children's future stolen because of manipulation and corruption that has permeated the stock market for decades. We plan on taking control of our financial future. We will insure that a fair and transparent market is the legacy that we leave our children.

**RELIEF**

43. The plaintiff requests that this honorable court grant Plaintiff actual damages in the amount of $1,700,000.00 for the Defendants illegal actions plus punitive damages in the amount of $100,000,000.00 to punish the defendants and insure that they do not commit these illegal acts again in the future. The Plaintiff requests that this honorable Courts order the SEC FNRA and DTCC to issue fines to the illegal actors 10 times their gains from their illegal activities to deter them from doing them in the future , that this honorable Court order the Defendants to submit to the courts the actual number of shares of AMC and GME that they are allegedly holding That this honorable court order the SEC DTCC CFTC and FINRA to follow the rules that they put in place that they appear to turn a blind eye to and order Citadel LLC Citadel Securities and Citadel Connect to dismantle the Monopoly they have on the Stock market and whatever else the courts find fair and equitable

Respectfully Submitted

September 6, 2021

Donnahue George

Donnahue George
1012 nw 2nd St
Fort Lauderdale FL 33311