

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

| | |
|---|---|
| **DONNAHUE GEORGE** | REQUEST FOR SCHEDULING |
| Plaintiff | |
| v. | |
| **KEN GRIFFIN** | |
| **CITADEL SECURITIES MARKET MAKER** | |
| **CITADEL CONNECT DARK POOL** | |
| **CITADEL LLC HEDGE FUND** | |
| **FINRA** | |
| **CFTC** | |
| **DTCC** | |
| **ROBINHOOD** | |
| **WEBULL** | |
| Defendants | |

## PLAINTIFFS MOTION TO OBLIGATE THE DEFENDANTS TO CONTACT ME TO PUT TOGETHER A JOINT SCHEDULNG ORDER

### INTRODUCTION

Plaintiff Donnahue George was never contacted by any of the Defendants in regards to scheduling a conference to put together a proposed scheduling and discovery schedule as ordered by this court.

Plaintiff Donnahue George never received any responsive pleadings from any of the defendants in regards to this lawsuit.

Plaintiff Donnahue George received a copy of the Courts order dated 10/29/2021 on Tuesday November 2, 2021 when he went to the Federal Court. Upon receipt of the order Plaintiff Donnahue George wrote a letter to all the defendants requesting that they contact him to schedule a conference so that a joint report of proposed scheduling could be prepared for the courts (See exhibit A)

Plaintiff Donnahue George is available anytime for a conference and is waiting on the defendants to contact him so that we can schedule the conference.

Plaintiff Donnahue George is not delaying the conference and would like the conference held as soon as possible so that we can continue the litigation.

The Defendants have a distinct advantage because by delaying the scheduling conference they are delaying the decision on the preliminary injunction, which will cause plaintiff Donnahue George irrevocable harm and this also will give the defendants more time to possibly manipulate the data in regards to AMC and GME records

Plaintiff Donnahue George is also attaching a copy of his amened complaint in the anticipation that the courts grants the motion and reopens the case.

## **LEGAL ARGUMENT**

1. A district court has unquestionable authority to control its own docket and broad discretion in how best to manage cases before it *See Guice v Sec,y, Dep't of Labor 754 F. App x 789, 791, (11th Cir 2018}* The court has the authority to open back up the case and order the defendants to schedule a discovery schedule as soon as reasonably possible

## **CONCLUSION**

Plaintiff Donnahue George requests that this honorable court order reopen the case order all the parties to hold a conference within the next 7 days and ideally a telephone conference on the phone with the courts clerk, and that at least one attorney for each party on the call have the authority to enter into stipulations and make admissions and whatever else the court find fair and equitable

Respectfully requested

Date November 4, 2021                                                   Donnahue George

**Exhibit A**

Donnahue George

1012 NW 2nd st

Fort Lauderdale Florida 33311

Email: DonnahueGeorge@gmail.com

CELL: (347) 216-5257

From: Donnahue George

To: Defendants Attorney

Date: November 2, 2021

Subject: Joint Scheduling Report Case 21-CV-61719

The Court has ordered that Plaintiffs and all Defendants submit a joint scheduling report by October 27, 2021. No one has contacted me to schedule the scheduling conference so that the joint scheduling report can be submitted to the Court.

I am available at anytime for a conference so that we can schedule a conference so the Joint Scheduling Report will be done and submitted to the Court.

Please contact me by the above email or phone number so that we can get it done in compliance with the courts order.

I am submitting this request for a Scheduling Report with a copy of my motion to reopen the because I never received the courts order setting the deadline to submit my Amended complaint.

Respectfully

Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion to request for scheduling conference was served by U.S. Mail on November 4, 2021 to all counsel or parties of record on the Service List

Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005