UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**  REQUEST FOR

ENLARGEMENT

Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

Defendants

### PLAINTIFFS MOTION TO REQUEST A 30 DAY ENLARGEMENT OF THE TIME TO SUBMIT JOINT SCHEDULING REPORT PERSUANT TO THIS COURTS ORDER ON 08/18/2021

#### INTRODUCTION

Plaintiff Donahue George requests that this court enlarge the time frame to 90 days to submit the Joint Scheduling Report because all of the Defendants have not been served. This Courts order dated 08/18/2021 stated " However if all defendants

have not been served by the expiration of the deadline . Plaintiff shall move for an enlargement of time to hold the scheduling conference not to exceed 90 days from the filing of the complaint"

There are defendants that have not been served and Plaintiff needs these additional days to get the conference and Joint scheduling order done in compliance of this courts order.

Respectfully Requested

Dated November 5, 2021                                    Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion to request for extension of time for scheduling conference was served by U.S. Mail on November 5, 2021 to all counsel or parties of record on the Service List

_____
Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st  Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005