UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**



FILED BY ___ D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

    Plaintiff

v.

**KEN GRIFFIN et al**

**JOINT PROPOSED SCHEDULING REPORT**

Plaintiff Donnahue George had a phone conference with the defendants Pursuant to Rule 16.1(b) of the local rules of the Southern District of Florida (S.D. Fla. L.R.) and the courts order dated 8/18.2021 The Attorneys that were present on the Zoom call were Jason Sternberg for Ken Griffin, Citadel LLC and Citadel Securities, Attorney David Mandel for FNRA, Attorney Greg Boyle for DTCC and Gustavo Membiela for Robinhood.

**Information required by S.D. Fla. L.R. 16. 1(B)**
   (A) **Likelihood of Settlement**
      Defendants view Plaintiff allegations as wholly unfounded and without evidentiary support and have refused to participate in preparing the joint Scheduling report. Settlement is therefore unlikely at this time. But Plaintiff Donnahue George will attempt in good faith to meet with defendants to resolve this matter and will notify the court if they do so

   (B) **Likelihood of Appearance in the Action of Additional Parties**
      It is likely that as the discovery process progress that other parties might appear in this action. The SEC was served on November 10, 2021

   (C) **Discovery Schedule**. The parties propose the following pre-trial discovery schedule, which is based on the standard case management track pursuant pursuant to S.D. Fla, L.R. 16.1.A.2

| Date | Action |
|---|---|
| 14 days after denial of defendants motion to dismiss | initial disclosures pursuant to Rule 26(a)(1)(A) |
| May 11, 2022 | Deadline for joinder of additional parties |
| May 11, 2022 | Fact Discovery cut off |
| June 7, 2022 | Exchange of expert reports |
| June 15, 2022 | Exchange of witness lists |
| July 9, 2022 | Exchange of Expert Rebuttal Reports |
| August 16, 2022 | Expert Discovery Cut off |
| August 31, 2022 | Last day to Select a mediator |
| September 30, 2022 | Last day to file Summary Judgment |
| November 28, 2022 | Last day to complete mediation |
| December 22, 2022 | Deadline for pretrial motions |
| January 15, 2023 | Deadline for Joint Pretrial Stipulation |
| January 24, 2023 | Deadline for Resolution of Pretrial Motions |
| January 24, 2023 | Pretrial Conference |
| February 7, 2023 | Deadline proposed Jury instructions |
| February 14, 2023 | Deadline for filing of Deposition Designations |
| February 21, 2023 | Trial |

(D) Proposals for the formulation and simplification of issues. At this time, the parties do not have any proposals for the formulation and simplification of issues. As the case progresses, the parties will if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E) Necessity of Amendment to pleadings. An Amendment to Plaintiffs Complaint may be necessary depending on the outcome of the Defendants motion to dismiss. Defendants have not filed motions to dismiss as of this date

(F) Admissions and Stipulations which will avoid unnecessary Proof. The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

(G) Suggestions for the Avoidance of unnecessary proof and presentation of cumulative evidence at trial

(H) Referral pf Matters to a Magistrate Judge. The Plaintiff does not consent to trial by a magistrate judge, nor to the disposition od dispositive pre-trial motions by a magistrate Judge.

(I) Preliminary estimate of the time required for Trial. Plaintiff believes this trial will last 2 weeks

(J) Pretrial Conference and Trial Dates The Plaintiff request that the pretrial conference be scheduled for January 24, 2023 and the trial to commence on or after February 21, 2023

(K) Other information Helpful to the Court in setting the Case for Status or Pretrial Conference. At this time the Plaintiff is unaware of any other information that might be helpful to the court in setting the case for pretrial conference other than the fact that the defendants have refused to contact me regarding this Joint scheduling order

Respectfully Submitted  Dated November 14, 2021

Donnahue George(*pro se*)
Donnahuegeorge@gmail.com
1012 NW 2nd st
Fort Lauderdale FL 33311
Tel: 347-216-5257
*Plaintiff*