# AFFIDAVIT OF PROCESS SERVER

United States District Court Southern District Of Florida

DONNAHUE GEORGE

    Plaintiff(s),

VS.

KEN GRIFFIN, ET AL

    Defendant(s).

Attorney: NONE

Donnahue George
1012 NW 2nd St
Fort Lauderdale FL 33311

FILED BY ___ D.C.
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.



*271035*

Case Number: 21-cv-61719-KMM

Legal documents received by Same Day Process Service, Inc. on **10/27/2021** at **9:40 AM** to be served upon SECURITIES EXCHANGE COMMISSION, at 100 F St., NE, Washington, DC, 20549

I, Brandon Snesko, swear and affirm that on **November 10, 2021** at **9:10 AM**, I did the following:

Served **SECURITIES EXCHANGE COMMISSION, a government agency** by delivering a conformed copy of this PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS A THROUGH F; PROOF OF SERVICE; SUMMONS IN A CIVIL ACTION (ISSUED ON 08/17/21); AMENDED COMPLAINT JURY TRIAL DEMAND; CERTIFICATE OF SERVICE to **Alvarado Travis** as Authorized Agent at 100 F St., NE, Washington, DC 20549 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 30  Height: 5ft0in-5ft4in  Weight: 161-200 lbs  Skin Color: Hispanic  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

District of Columbia
Signed and sworn to (or affirmed) before me
on _11-10-2021_ by _Brandon Snesko_
Signature of Notarial Officer
Title of Office: Notary
My commission expires: _9-30-2026_

Carolyn L. Elam
Notary Public, District of Columbia
My Commission Expires 9/30/2026

Brandon Snesko
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:271035

