# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**                                          **REPLY**

FILED BY⬚ D.C.

NOV 18 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

   Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**FINRA**

**CFTC**

**DTCC**

**ROBINHOOD**

**WEBULL**

   Defendants

---

**PLAINTIFFS REPLY TO DEFENDANTS ANSWER IN OPPOSITION TO
PLAINTIFFS MOTION TO OBLIGATE DEFENDANTS TO
PARTICIPATE IN PREPARING JOINT SCHEDULING REPORT
PURSUANT TO FED. R.Civ. P. 37(c)(1) PRECLUDING DEFENDANT
FROM INTRODUCING EVIDENCE OR MAKING ARGUMENTS
REGARDING PLAINTIFFS ALLEGATIONS IN THE AMENDED
COMPLAINT AND PLACING PRELIMINARY INJUNCTION BACK ON
CALENDER**

## INTRODUCTION

1. Plaintiff Donnahue George contacted the Defendants in regards to scheduling a conference to put together a proposed scheduling and discovery schedule as ordered by this court. Plaintiff Donnahue George had a conference phone call with defendants on November 12, 2021. All the Defendants followed the lead of Jason Sternberg and refused to participate in preparing the Joint Scheduling Report. Plaintiff Donnahue George prepared a joint scheduling report pursuant to rule 16.1(b) and submitted it to the court.

2. Plaintiff Donnahue George notified defendants that there could possibly be very severe sanctions for violating the courts order. Defendants violated Federal rules of civil procedure 26 and by attempting to delay the Joint Scheduling the Defendants are also delaying the hearing on the preliminary injunction. Plaintiff Donnahue George continues to experience daily losses because the defendants continue to illegally manipulate the price of AMC and GME through the Dark Pools further diluting the value of the companies and distorting the actual share count of AMC and GME. On November 17, 2021 71.65% of AMC stocks was manipulated through the dark pools

and 55% of GME shares were manipulated through the dark pool.
(see exhibit A) Even after the lawsuit was filed the illegal manipulation
of the stocks through the dark pools continue.

## LEGAL ARGUMENT

1. Plaintiff Donnahue George seeks the Courts entry of an Order precluding any
   of the Defendants that refused to participate in discovery and preparation of the
   Joint Scheduling Report from presenting any defenses, evidence or testimony
   contrary to Plaintiffs amended complaint pursuant to Fed. R. Civ. P. 37(c)(1)
   because Defendants refused to participate in discovery related to preparing the
   Joint scheduling report. Defendants actions were in direct violation of Fed R.
   Civ. P 26(a)

2. Defendants refusal to participate in preparation of the Joint scheduling report
   and failure to discuss the validity of Plaintiff Donnahue George allegations in
   the amended complaint in direct defiance of this courts orders should preclude
   the defendants from using evidence to the contrary of Plaintiffs allegation in his
   amended complaint "at trial, at a hearing or on a motion" under Fed. R. Civ. P.
   37(c)(1) self executing provision. This issue is especially relevant when all
   served defendants followed the lead of attorney Jason Sternberg and refused to
   participate in preparing and discussing plaintiffs allegation therefore attempting

to prejudice Plaintiff Donnahue George by attempting to have the time frame to appeal the decision and serve the other defendants expire therefore terminating the lawsuit. This blatant refusal and inaction prevented Plaintiff Donnahue George from getting a fair assessment of the defendants assessment of the case therefore making it impossible to come to any kind of conclusion or settlement of the case

3. Fed. R. Civ. P. 37(c)(1) establishes a self executing sanction for discovery violations (*see. Zhang v, Am, Gem SeafoodsInc, 339 F.3d 1020. 1028 (9th Cir 2003*) The Federal rules of Civil Procedure Discovery rules are intended to bring clarity to the issues, and allow the parties to ascertain relevant facts and information. The defendants by refusing to follow the courts order denied Plaintiff Donnahue George the opportunity to bring clarity to the issues (*See Hickman v. Taylor 329 U.S. 495, 500(1947)* therefore making it impossible for Plaintiff to determine the best course of action towards a settlement.

4. Rule 37(C)(1) does not require the movant to show "willfullness, fault, or bad faith" unless moving to dismiss the action as the rule 37 sanction. Once the movant demonstrates that Rule 26(a) has been violated the sanction is automatic unless the respondent demonstrates a substantial justification for his failure. (*See Yeti by Molly Ltd v, Deckers Outdoor Corp 259 F.3d 110. 1106 (9th Cir 2001*) Plaintiff Donnahue George is not seeking dismissal of the case.

## **CONCLUSION**

For the Foregoing reasons Plaintiff Donnahue George requests that this honorable

court reopen the case, put the preliminary injunction back on the courts calendar

and bar all the defendants from introducing any evidence contrary to Plaintiff

Donnahue Georges amended complaint if the parties continue to defy the courts

order by failing to participate in preparing the joint scheduling report which would

clarify the issues and make settlement of case more likely  and whatever else the

court finds fair and equitable

Respectfully requested

Date November 17, 2021                                        Donnahue George

**EXHIBIT A**



**AMC**

**AMC Entertainment Holdings Inc - Class A**

stock | NYSE

At Close 11/17/2021 4:00:02 PM EST

**42.13** USD **-1.103%** (-0.47) 23,085,387

41.99 Bid  642.80 Ask  600.86 Spread  IEX

## Volume by Exchange 2021-11-17

| Exchange | Day% | Volume | 30D% |
|---|---|---|---|
| Off Exchange*1 | 62.42 | 14,553,825 | 58.02 |
| Cboe EDGX | 9.23 | 2,151,414 | 12.05 |
| NYSE | 6.67 | 1,555,931 | 6.34 |
| NYSE Arca | 5.76 | 1,342,611 | 5.92 |
| Nasdaq GSM | 5.50 | 1,282,973 | 7.19 |
| MEMX | 3.36 | 784,162 | 3.58 |
| Cboe BZX | 2.27 | 529,411 | 2.59 |
| Cboe EDGA | 1.75 | 408,848 | 1.37 |
| IEX | 0.87 | 203,740 | 0.75 |
| MIAX Pearl | 0.58 | 135,214 | 0.62 |
| Nasdaq BX | 0.58 | 134,948 | 0.37 |
| Cboe BYX | 0.56 | 129,722 | 0.55 |
| Nasdaq PHL | 0.28 | 65,617 | 0.36 |
| NYSE National | 0.12 | 27,172 | 0.16 |
| NYSE American | 0.04 | 8,515 | 0.10 |
| CHX | 0.01 | 3,888 | 0.02 |

# estop Corporation – Class A

NY3E

2:02 PM EST

64% (+2.82) 1,321,360

Bid/Ask 9820.00 Spread IEX

Exchange 2021-11-17

| | Day% | Volume | 30D% |
|---|---|---|---|
| | 38.52 | 520,402 | 40.85 |
| | 16.40 | 221,561 | 14.78 |
| | 16.36 | 220,957 | 16.56 |
| | 9.35 | 126,365 | 10.29 |
| | 6.46 | 87,287 | 5.25 |
| | 3.95 | 53,401 | 4.16 |
| | 2.90 | 39,240 | 2.48 |
| | 1.97 | 26,281 | 1.13 |
| | 1.02 | 17,838 | 1.29 |
| | 0.80 | 11,212 | 0.82 |
| | | 9,595 | 0.70 |
| | | 8,770 | 0.62 |
| | | 4,231 | 0.27 |
| | | 3,120 | 0.34 |
| | | 2,740 | 0.39 |
| | | 1,156 | 0.68 |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing  Reply motion was served by U.S. Mail on November 18, 2021  to all counsel or parties of record on the Service List

Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005