UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**  MOTION TO

REMOVE DEFENDANTS

Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**FINRA**

**DTCC**

**ROBINHOOD**

Defendants

FILED BY _____ D.C.
NOV 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## PLAINTIFFS MOTION TO REMOVE DEFENDANTS CFTC AND WEBULL FROM THE LAWSUIT PERSUANT TO RULE 4(m) TIME LIMIT OF SERVICE AND PLAINTIFFS VOLUNTARY REQUEST FOR THEIR REMOVAL

### INTRODUCTION

1. Plaintiff Donnahue George filed a complaint with this court on August 18, 2021 in regards to the above mentioned case. Plaintiff Donnahue George was unable to serve defendants Webull and CTFC. Pursuant

to rule 4(m) Time limit of service 90 days has passed and the defendants have not been served so Plaintiff Donnahue George requests that this court remove the defendants Webull and CTFC from the lawsuit. Even if the 90 days had not expired Plaintiff Donnahue George requests that the Defendants Webull and CTFC be removed from the lawsuit so that the case can move forward.

2. As of today November 18, 2021 all the other defendants in the case has been served. Defendants now have no legal excuse not to hold the conference and prepare the Joint scheduling report.

3. Plaintiff Donnahue George sent an email to all the Defendants informing them that he was removing CTFC and Webull from the lawsuit so all the defendants were served. (see attached)

## CONCLUSION

For the Foregoing reasons Plaintiff Donnahue George requests that this honorable court remove the defendants from the case and that the other defendants be required to meet with me to prepare the Joint Scheduling Report.

Respectfully requested

Date November 18, 2021

Donnahue George

## All defendants are served schedule Conference



**donnahue george** <donnahuegeorge@gmail.com>  
to Jason, aunikowsky, gmembiela, dsm

12:40 PM (0 minutes ago)

Good afternoon

Pursuant to rule 4 m time limit of service more that 90 days has passed and Webull and CTFC have not been served I filed motion with court today to have them removed from the lawsuit pursuant to rule 4(m) and I also voluntarily remove them from the lawsuit So as of today November 18, 2021 all the defendants have been served and I would like a date so that we can prepare the joint scheduling report in 7 days as you request in your email

Regards  
Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion to remove Defendants Webull and CTFC from lawsuit by U.S. Mail on November 18, 2021 to all counsel or parties of record on the Service List

*Donnahue George*

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005