# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-cv-61719-KMM

```
FILED BY_____D.C.

NOV 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

**DONNAHUE GEORGE**

> Plaintiff

v.

**KEN GRIFFIN et al**


## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)


**PLEASE TAKE NOTICE:**

The Following 2 Defendants are dismissed from the Complaint in the above mentioned case

**Webull**

**CTFC**

This dismissal is made pursuant to **F.R.Civ P. 41(a)**


**F.R.Civ.P. 41(a);** This notice may be filed at anytime before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.


Date November 20, 2021

Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by U.S. Mail on November 21, 2021  to all counsel or parties of record on the Service List

Donnahue George

SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005