UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM



FILED BY _____ D.C.

NOV 30 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**DONNAHUE GEORGE**  MOTION

    Plaintiff

v.

**KEN GRIFFIN**

**CITADEL SECURITIES MARKET MAKER**

**CITADEL CONNECT DARK POOL**

**CITADEL LLC HEDGE FUND**

**FINRA**

**DTCC**

**ROBINHOOD**

    Defendants

**PLAINTIFFS MOTION REQUESTING COURT TO ORDER THE DEFENDANTS TO PARTICIPATE IN PREPARING JOINT SCHEDULING REPORT BECAUSE ALL DEFENDANTS HAVE BEEN SERVED AND WEBULL AND CTFC HAS BEEN REMOVED FROM LAWSUIT PERSUANT TO FED RULES OF CIVIL PROCEDURE 41(a)**

## INTRODUCTION

Plaintiff Donnahue George was informed by defendants that they were refusing to participate in preparing the Joint Scheduling Report because all defendants were not served .

Plaintiff Donnahue George filed a Motion of dismissal pursuant to Fed R Civ. P 41(a) to remove Defendants Webull and CTFC from the lawsuit. Plaintiff Donnahue George mailed the Motion of dismissal to the District Court by certified mail on November 22, 2021 When plaintiff checked the Court Docket report Plaintiff realized that the dismissal was not on the docket report so plaintiff made another original of the dismissal and deposited it with the Court on November 29, 2021

Plaintiff Donnahue George sent and email to all the defendants informing them that Plaintiff was dismissing defendants CTFC and Webull from the lawsuit and that all defendants was served so Plaintiff requested that the Defendants schedule a date to do the conference so that we can prepare the joint scheduling report according to the courts order.

Defendants are now arguing that the SEC was not properly served and therefore they were still not going to participate in preparing the Joint Scheduling Report as per the courts order. Plaintiff Donnahue George informed Defendants that they did

not have standing to contest service to the SEC and that I would be asking the courts to order the defendants to follow the courts order and hold the Conference to prepare the Joint Scheduling Report because all defendants were served. (see Exhibit A)

The Defendants have a distinct advantage because by delaying the scheduling conference they are delaying the decision on the preliminary injunction, which will cause plaintiff Donnahue George irrevocable harm and this also will give the defendants more time to possibly manipulate the data in regards to AMC and GME record.

## **LEGAL ARGUMENT**

1. A district court has unquestionable authority to control its own docket and broad discretion in how best to manage cases before it *See Guice v Sec,y, Dep't of Labor 754 F. App x 789, 791, (11th Cir 2018}* The court has the authority to open back up the case and order the defendants to schedule a conference to prepare the Scheduling Order as soon as reasonably possible.

2. The Defendants argued that they were not participating because all Defendants were not served and now that all defendants are served they are now contesting the service to the SEC when

they have absolutely no standing to do so. The only person that can contest SEC service is the SEC. I could not find one case where a defendant had standing to contest service of another defendant.

## CONCLUSION

Plaintiff Donnahue George requests that this honorable court order all the parties to hold a conference within the next 7 days because all defendants have been served and ideally a telephone conference on the phone with the courts clerk, and that at least one attorney for each party on the call have the authority to enter into stipulations and make admissions and whatever else the court find fair and equitable

Respectfully requested

Date November 29, 2021

Donnahue George

**EXHIBIT A**

**Jason Sternberg**                                                                                                                       4:00 P

to Gregory, me, gmembiela@huntonak.com, dsm@mandel.law

Dear Mr. George,

We (the Served Defendants) remain willing to hold a scheduling conference within seven days of service of all of the named Defendants. Although you docketed today a Rule 41 notice of dism WeBull, you have not to our knowledge properly served Defendant the SEC, as we informed you last week. If the SEC was properly served and has reached out to you, then please provide the so that the SEC can participate in the joint scheduling conference, consistent with the Court's orders.

Regards,

**Jason Sternberg**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP
Phone: 561.213.5635
jasonsternberg@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly proh in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** donnahue george <donnahuegeorge@gmail.com>
**Sent:** Monday, November 29, 2021 9:57 AM
**To:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; aunikowsky@jenner.com; gmembiela@huntonak.com; dsm@mandel.law
**Subject:** Re: All defendants are served schedule Conference

[EXTERNAL EMAIL from donnahuegeorge@gmail.com]

Good Morning
I nailed the motion to remove defendants CTFC and WEbull from the lawsuit over a week ago. I did not see it on the docket report so I walked the motion into Federal Court today. I would like t Conference to get the joint Scheduling report done. All Defendants are served and would like to get the scheduling report done so we can argue the actual merits of this case. If you still refuse t filing my Notice of Appeal to The Court of Appeals in Atlanta Georgia I am still working on my issues on Appeal but let me share
1. Did the Court Err by Closing the case 60 days after the order to submit the Scheduling report when Rule 16(b)(2) allows 90 days after defendayt has been served or 60 days after the defenda to grant an enlargement of time totally contrary to the courts own order which stated ther would be an enlargement if all the defendants were not served.
2.Did the Courts Err by denying plaintiffs motion to obligate Defendants to participate in preparing the Joint Scheduling order and refusing to accept Plaintiff Joint scheduling Report and did De preparing the Joint Scheduling order violate Fed Civ P 26(a)
3. Did the Court Err by refusing to make a decision on Plaintiff Motion for Preliminary injunction therefore causing Plaintiff irrevocable harm when the injunction and answers from defendants wa the case contrary to I6 (b)(2) and declaring the motion moot
please contact me so we can get the Joint Scheduling Report done so we do not have to bother the Court of Appeals with these types of issues that do not argue the actual merits of the case
Regards
Donnahue George

Virus-free. www.avast.com

---

**Boyle, Gregory M.**
to me, Gregory

Mr. George:

As you know from the phone conference a few weeks ago, I represent DTCC. Please copy me on all correspondence with counsel for defendants. You have been copying my colle need to copy Adam. Thank you.

Regards,

Greg

---

**From:** Jason Sternberg <jasonsternberg@quinnemanuel.com>
**Sent:** Monday, November 29, 2021 3:00 PM
**To:** donnahue george <donnahuegeorge@gmail.com>; Boyle, Gregory M. <GBoyle@jenner.com>; gmembiela@huntonak.com; dsm@mandel.law
**Subject:** RE: All defendants are served schedule Conference

External Email – Exercise Caution

---

**Gregory M. Boyle**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 923 2651 | TEL
+1 312 504 1066 | MOBILE
GBoyle@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe tha immediately and delete it from your system.



## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion to request for scheduling conference was served by U.S. Mail on November 30, 2021 to all counsel or parties of record on the Service List

Donnahue George

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005