UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**

Plaintiff

v.

**KEN GRIFFIN et al**



### NOTICE OF APPEAL

**PLEASE TAKE NOTICE:**
Notice is herby given that Donnahue George (Plaintiff) in the above named case hereby appeal to the United States Court of Appeals for the 11th Circuit from the Final Judgment dismissing the case on October 29, 2021 for failure to submit a joint scheduling report and declaring Plaintiffs Motion for preliminary injunction Moot and the denial of the motion for reconsideration of that order on November 3, 2021 requesting court reopen case and hear the preliminary injunction, Denial of Plaintiffs motion for enlargement on Nov 8, 2021, Denial of Plaintiffs Motion to order Defendants to participate in preparing the Joint Scheduling order on November 17, 2021 and Denial of Plaintiffs Motion to accept the Plaintiffs Joint Scheduling Order because Defendants failure to sign the report on November 17, 2021 and denial of Plaintiffs motion for sanctions precluding defendants from introducing evidence contrary to Plaintiffs allegations because Defendants failure to participate in discovery by failing to participate in preparing the Joint Scheduling Order on November 17, 2021

Date December 2, 2021
Donnahue George
1012 NW 2nd st
Fort Lauderdale FL 33311

Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served by U.S. Mail on December 2, 2021 to all counsel or parties of record on the Service List

*Donnahue George*

## SERVICE LIST

**SEC**

100 F st NE Washington DC 20549

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**CITADEL CONNECT DARK POOL**

131 S Dearborn st Chicago IL 60603

**CITADEL LLC HEDGE FUND**

131 S Dearborn st   Chicago IL 60603

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019

**WEBULL FINANCIAL LLC**

44 Wall st Suite 501 New York NY 10005