```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000014968
Cashier ID: erodrigu
Transaction Date: 12/02/2021
Payer Name: Donnahue George

NOTICE OF APPEAL/DOCKETING FEE
 For: Donnahue George
 Amount:         $505.00

CASH
 Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

Payment for Notice of Appeal for
case# 21CV61719

George v. Griffin et al


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```