**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2021

Donnahue George
1012 NW 2ND ST
FORT LAUDERDALE, FL 33311

Appeal Number: 21-14208-DD
Case Style: Donnahue George v. Ken Griffin, et al
District Court Docket No: 0:21-cv-61719-KMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE January 11, 2022. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix. (In cross-appeals pursuant to Fed.R.App.P. 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide four (4) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Holland, DD/ so
Phone #: (404) 335-6181

DKT-7CIV Civil Early Briefing

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 21-cv-61719-KMM

**DONNAHUE GEORGE**

Plaintiff

v.

**KEN GRIFFIN et al**



FILED BY _____ D.C.

DEC 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE:**
Notice is herby given that Donnahue George (Plaintiff) in the above named case hereby appeal to the United States Court of Appeals for the 11th Circuit from the Final Judgment dismissing the case on October 29, 2021 for failure to submit a joint scheduling report and declaring Plaintiffs Motion for preliminary injunction Moot and the denial of the motion for reconsideration of that order on November 3, 2021 requesting court reopen case and hear the preliminary injunction, Denial of Plaintiffs motion for enlargement on Nov 8, 2021, Denial of Plaintiffs Motion to order Defendants to participate in preparing the Joint Scheduling order on November 17, 2021 and Denial of Plaintiffs Motion to accept the Plaintiffs Joint Scheduling Order because Defendants failure to sign the report on November 17, 2021 and denial of Plaintiffs motion for sanctions precluding defendants from introducing evidence contrary to Plaintiffs allegations because Defendants failure to participate in discovery by failing to participate in preparing the Joint Scheduling Order on November 17, 2021

Date December 2, 2021
Donnahue George
1012 NW 2nd st
Fort Lauderdale FL 33311

_Donnahue George_ (signature)