**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-61719-MOORE/SNOW**

DONNAHUE GEORGE,

        Plaintiff,

   v.

KEN GRIFFIN, CITADEL SECURITIES
LLC, CITADEL CONNECT, CITADEL
LLC, SECURITIES EXCHANGE
COMMISSION, FINRA, CFTC, DTCC,
ROBINHOOD FINANCIAL LLC, and
WEBULL FINANCIAL LLC,

        Defendants.

_____/

## <u>MOTION TO WITHDRAW APPEARANCE</u>

Pursuant to Local Rule 11.1(d)(3), I, Gustavo J. Membiela, hereby move this Court for an Order granting permission to withdraw my appearance as counsel on behalf of Robinhood Financial LLC in the above styled action because after today I will no longer be a member of Hunton Andrews Kurth LLP and should be removed from the Court's service list. Attorneys Samuel A. Danon and Maria Castellanos Alvarado of Hunton Andrews Kurth LLP have entered appearances on behalf of Robinhood Financial LLC and are familiar with this matter, the posture of the case, and its current status on the calendar. By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance.

RESPECTFULLY submitted this 5th day of May, 2022.

                             */s/ Gustavo J. Membiela*
                             HUNTON ANDREWS KURTH LLP
                             Gustavo J. Membiela (FBN 513555)
                             Samuel A. Danon (FBN 892671)

María Castellanos Alvarado (FBN 116545)
333 S.E. 2nd Avenue, Suite 2400
Miami, FL  33131
Telephone: (305) 810-2500
Facsimile (305) 810-2460
gmembiela@huntonak.com
sdanon@huntonak.com
mcastellanos@huntonak.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically

filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

Dated:  May 5, 2022

_/s/ Gustavo J. Membiela_
Gustavo Javier Membiela (FBN 513555)