**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61719-MOORE/Snow**

DONNAHUE GEORGE,

    Plaintiff,

v.

KEN GRIFFIN, et al.,

    Defendants.

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

THIS CAUSE came before the court upon the Motion for Attorney Gustavo J. Membiela to Withdraw Appearance [ECF No. ____] as counsel for Robinhood Financial LLC in the above styled action.  Being fully advised it is

ORDERED AND ADJUDGED that the Motion to Withdraw Appearance is GRANTED. Gustavo J. Membiela's appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this ___ day of _____, 2022.

                                                _____
                                                United States District Judge

Copies furnished to: All Counsel of Record