# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I. TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Donnahue George vs Ken Griffin et al
District Court No.: 21-61719 CV  Date Notice of Appeal Filed: 12/2/21  Court of Appeals No.: 21-14208 (If Available)

CHOOSE ONE: ☒ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS

FILED BY _AO_ D.C.
DEC 13 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | N/A | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☐ Other | | | |

REC'D BY _AO_ D.C.
DEC 01 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____
Name of Firm: _____
Address: _____
E-mail: _____  Phone No.: _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 12/6/2021  SIGNED: _____  Attorney for: Donnahue George

## PART II. COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____  Estimated no. of transcript pages: _____  Estimated filing date: _____
DATE: _____  SIGNED: _____  Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____
Date: _____  Signature of Court Reporter: _____

Rev. 12/17

DG
1012 NW 2nd St
Fort Lauderdale FL
33311

MIAMI FL 330
8 DEC 2021 PM 1 L

Attn Court Reporter Coordinator
District Court Clerk
400 N Miami Ave
Room 8N09
Miami FL 33128-7716

33128-771699