Re: Case Donnahue George V Ken Griffin et Al 21-cv-61719



FILED BY _____ D.C.
APR 16 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Honorable Judge Moore,

Thank you for taking the time to read this letter. I have held AMC shares since 2021. In that time, I have seen the share value of my portfolio decrease from a manageable and stable position, not because of practical market mechanics via a fair exchange of securities but one where the deleterious actions by a few with the power to manipulate the stock market have consistently done so by selling these securities without purchasing them in what some believe is an off-market exchange controlled by Mr. Ken Griffen and Citadel Securities. My situation at present is similar to millions of people across the world who trusted in the CEO of the company, Adam Aron, and the board of directors, believing that he would not venture into the area of criminality. With Citigroup, Antara Capital, and Computershare, Aron, et al, along with Citigroup's Derek Van Zandt took advantage of the enormous number of oversold shares within AMC and the blatant securities fraud perpetrated allegedly by Citadel, to conjure a scheme called 'Project Popcorn.'

I had trusted Mr. Aron until 2023 when he forced through 'Project Popcorn' by way of the Chancery Court in Delaware when all evidence pointed to undeniable corruption and mind-blowing disregard for securities laws established during the great depression. I spent several months of my time documenting the misdeeds of AMC's Board of Directors' involvement in this larcenous act of embezzlement, racketeering, and clear violations of the RICO Act. I have made pleas to my fellow investors to speak out against this tragic injustice and disregard for economic

laws designed to protect retail investors via important legislative milestones like the SOX ACT and the Dodd-Frank Act as well. We have tried numerous avenues to elucidate the issues through videos, x-posts, retail investor-led share counts, and requests that have sometimes led to egregious opposition from people claiming to be retail shareholders when attempting to release more information to the public who may not know about this prevalent crime destroying families and the fabric of our great republic. I implore you with the utmost sincerity that my testimony is truthful as I am also willing to fly from my residence in Arizona to you should the need arise. It is that important to me and other investors as many feel their voices have been restrained by a wall of social media influencers and a lack of fair objective review of the historical documentation concerning these matters.

Again, my gratitude for your valuable time,

John Hartranett

jhartranett@gmail.com

JOHN HARTRANETT
9901 N ORACLE RD APT 6206
ORO VALLEY AZ 85704

0000120908
P2 T50 R15972

15972 1 AB 0.547
Judge Moore
Us District Court South Florida
299 E Broward Blvd
Fort Lauderdale, FL 33301-1944

Enclosed letter of entreaty

Presorted
First Class Mail
U.S. Postage
PAID
Permit 634
San Francisco, CA

REC'D BY _____ D.C.
APR 16 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

