UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM

FILED BY _____ D.C.

APR 24 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

DONNAHUE GEORGE

    Plaintiff

v.

KEN GRIFFIN

CITADEL SECURITIES MARKET MAKER

CITADEL CONNECT DARK POOL

CITADEL LLC HEDGE FUND

FINRA

DTCC

ROBINHOOD

    Defendant

MOTION IN OPPOSITION

---

**PLAINTIFF'S REPLY TO DEFENDANT FINRA'S OPPOSITION TO MOTION TO REOPEN PRELIMINARY INJUNCTION (ECF 121)**

**INTRODUCTION**

Plaintiff Donnahue George submits this detailed reply to Defendant FINRA's opposition to reopen motion for a preliminary injunction. The opposition

underestimates the substantial evidence and ongoing violations that justify the necessity for immediate judicial intervention.

## ARGUMENT

### I. Likelihood of Success on the Merits

Contrary to FINRA'sand other Defendants position, the Plaintiff has a high likelihood of success on the merits. The continuous pattern of defendants' behavior, including documented past violations of securities laws, supports a strong case for the Plaintiff. Cases like *SEC v. Manor Nursing Centers, Inc.*, 458 F.2d 1082 (2d Cir. 1972), and *SEC v. Unique Fin Concepts, Inc.*, 196 F.3d 1195 (11th Cir. 1999), demonstrate that a history of violations supports the potential for future misconduct.

### II. Irreparable Harm Without Injunction

Since the start of this lawsuit the plaintiff and millions of other retail investors have been subject to irrevocable harm because of the actions of the AMC RICO conspirators. If the preliminary injunction is not granted. the irrevocable harm will continue. The Preliminary injunction was not granted in 2021 and the bad actors in the AMC GME RICO conspiracy used that additional time to add millions of counterfeit AMC shares to the market to push the price of AMC from $72 down to

$1.55 putting the AMC company at risk of bankruptcy. At this point AMC CEO Adam Aron did a 10 to 1 reverse split and all AMC investors lost 90% of their shares if you had 1000 AMC shares valued at $1.55 before the reverse split after the reverse split you only had 100 shares valued at $15.55 This was great for the individuals involved in the AMC RICO conspiracy because this reverse split also eliminated 90% of their counterfeit AMC shares for free so if prior to the reverse split they had to buy back 1000 shares to close their counterfeit AMC short positions now they only needed 100 shares to close their short positions.

After they got 90% of their counterfeit AMC shares eliminated for free the members of the AMC RICO conspiracy immediately doubled down on the illegal activity adding millions of new counterfeit AMC shares to the market and pushed the now 100 shares at $15.55 down to under $3 which if you take into account the 10 -1 reverse split a stock that was selling at $72 at its peak 2 years ago was now selling at .30 cents when the OBV On Balance Volume showed hardly anyone was selling their AMC shares. The only logical reason for the price drop was the counterfeit AMC shares that the AMC RICO conspiracy participants pushed into the market and this was further verified by the millions of AMC failure to delivers that just disappeared in thin air like a magicians magic trick in an attempt to eliminate any evidence that the counterfeit AMC shares ever existed. If the preliminary injunction isnt granted the bad actors involved in the AMC RICO

conspiracy will continue to add counterfeit AMC to the market push AMC down to .15 cents and force AMC CEO Adam Aron to do another 10-1 reverse split which could potentially bankrupt the company, causing Plaintiff Donnahue George and millions of other investors nationally and internationally irrevocable harm. Shutting down the dark pool trading of AMC and GME is the only way to get an accurate share count and avoid AMC from having to file bankruptcy in order to survive not because the business is doing bad but because of questionable activities of the individuals involved in the AMC RICO Conspiracy

### III. The Public Interest

Granting this injunction aligns with the public interest by seeking to uphold market integrity and protect investor rights against fraudulent activities. The enforcement of securities laws through preliminary injunctions serves the public interest by preventing potential market manipulation and protecting the integrity of the financial markets, as upheld in *Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008).

### IV. Balance of Harms

The harm to the Plaintiff, other investors, and the integrity of the financial markets far outweighs any inconvenience to FINRA and associated defendants. The preliminary injunction would prevent further potential losses and market distortion,

which are far more severe than any regulatory compliance burdens imposed on the defendants.

## CONCLUSION

Based on the presented facts, legal arguments, and the critical analysis of OBV and FTDS indicating potential market manipulation, the Plaintiff respectfully requests that this Court grant the motion to reopen the preliminary injunction grant the motion for a preliminary injunction and whatever else the courts find fair and equitable This injunction is essential to prevent further irreparable harm, uphold the public interest, and ensure a fair and equitable resolution.

Respectfully requested

Date April 24, 2024                                              Donnahue George

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing reply motion to defendants motion in opposition to Plaintiffs motion to reopen the preliminary injunction was served by U.S. Mail on April 24, 2024 to all counsel or parties of record on the Service List

Donnahue George

### SERVICE LIST

**Quinn Emmanuel trial Attorneys**

2601 s. Bayshore drive suite 1550 Miami FL 33133

**Mandel & Mandel LLP**

169 East Flager st Suite 1224 Miami FL 33131

**DTCC**

55 Water St  New York NY 10041

**Cravath Swaine & Moore LLP**

825 8th ave New York NY 10019