Bubbie Gunter

26229 Walker South Road.

Denham Springs, LA 70726

REC'D BY _____ D.C.

MAY 28 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Honorable Judge Michael Moore

US District Court South Florida

299 East Broward Blvd

Fort Lauderdale FL 33301

Case:  Donnahue George V Ken Griffin et Al 21-cv-61719

I, Bubbie Gunter, submit this letter as a concerned retail investor with a vested interest in transparency and fairness in the U.S. equity markets. I am aware of the aspects of this case in that I have been following it closely. And, I believe I have pertinent information and a unique perspective important to this case.

The case at hand, and this letter in particular, involves Citadel Securities and the Self-regulatory agents who would claim "immunity" from this case.

I have to admit, your Honor, when I read FINRA's Motion to Dismiss, as well as the other SRO Motions to Dismiss, I had to laugh. How absurd are their claims of "absolute immunity" against any civil or criminal prosecution for any crimes:

- They may have committed in the past;
- Crimes they may be currently committing; and,
- "Absolute Immunity" from any crimes they may commit in the future.

What rational person could possibly interpret the Self-Regulatory (SRO) Rule in such a way?  While it is true, SRO's enjoy "absolute immunity" from prosecution.  The "absolute immunity" clause is not a shield from criminal activity.

How to best explain the SRO "Immunity" clause can be found in this case: If his Honor makes a ruling in this case and the ruling is overturned on appeal, then the litigants could not sue his Honor for making the initial ruling. This judicial immunity is essential for judges to make decisions without fear of personal liability. Similarly, SROs enjoy this kind of immunity to ensure they can perform their regulatory functions without the threat of constant litigation. This immunity is crucial for maintaining the integrity and independence of both the judiciary and self-regulatory organizations.

However, judicial immunity does not protect against criminal acts. If it were discovered that his Honor had taken a bribe to make that ruling, he could be held accountable and prosecuted for such illegal conduct. This distinction is crucial: While SROs, like judges, are protected from lawsuits regarding their official decisions, they are not above the law when it comes to criminal behavior.

The SRO's listed in this case had a DUTY to protect retail investors from harm and corruption yet they stood by and did nothing.  They were given the entire arm of the federal government to ensure "bad actors" do not take advantage of unsuspecting investors.  Yet, they stood by and allowed market makers like Citadel to move in and monopolize our financial system.

Millions of voices cried out to the Securities and Exchange Commision (the "SEC") about market manipulation by market makers, who openly admit to "setting the price of securities" instead of allowing the natural law of supply and demand to do so. However, the "first line of defense", that is to say the Securities Exchanges such as the New York Stock Exchange (NYSE) and FINRA, acting as Self-Regulatory Organizations (SROs)—refused to  police the market as they should and let market makers run wild, selling securities they did not own, mismarking tens of millions of bought orders as sold

and orders that were sold were marked as bought. All done under their watch and allowed by them.

These practices and more have gone on for years without the SRO's taking action. And, finally when someone stands up against them and asks, "Why have you allowed this to continue?" The SRO's in this case respond, "Because we have immunity!" God forbid this allows it to continue any further.

Sincerely,

Bubbie Gunter,

Concerned Investor



Bubbie Gunter
6229 Walker south
Denham Springs LA 70726

Honorable Judge Michael Moore
US District Court South Florida
299 East Broward BLVD
Fort Lauderdale FL 33301

CERTIFIED MAIL
9589 0710 5270 0946 9562 46

Retail
33301
RDC 99

U.S. POSTAGE PAID
FCM-LETTER
WALKER, LA 70785
MAY 23, 2024
$5.08
R2304M113755-9

33301-190122