UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61719-KMM



DONNAHUE GEORGE                                    MOTION

    Plaintiff

v.

KEN GRIFFIN

CITADEL SECURITIES MARKET MAKER

CITADEL CONNECT DARK POOL

CITADEL LLC HEDGE FUND

FINRA

DTCC

ROBINHOOD

    Defendants

---

## PLAINTIFF DONNAHUE GEORGE'S MOTION TO REDACT PERSONAL INFORMATION FROM PUBLIC RECORDS ON PACER

Plaintiff, Donnahue George, respectfully submits this motion to the Court requesting that all personally identifiable information (PII) be redacted from public records available on the Public Access to Court Electronic Records (PACER) website. Due to escalating threats and incidents of potential violence, Plaintiff seeks protection from further exposure of personal details to safeguard against continued harassment and harm.

## I. INTRODUCTION

On October 10, 2024, an arson incident occurred at my residence, resulting in the destruction of a rear fence and a security camera (see attached exhibit). This incident was reported to the Fort Lauderdale Fire Department (Case No. FFL24101000045075). Subsequently, on October 14, 2024, I discovered that my vehicle's interior had been burned overnight, which was reported to the Fort Lauderdale Police Department (Case No. L34241010000177213).

These incidents appear to correlate with heightened emotions surrounding this lawsuit, which involves allegations against large market participants accused of market manipulation. My suit has attracted public attention, and I am continuously subject to attacks and harassment on social media platforms, including YouTube and Twitter. The public visibility of my personal information poses a serious risk to my safety, especially in light of recent events.

## II. LEGAL BASIS

Pursuant to Federal Rule of Civil Procedure 5.2, courts are required to protect certain private information in filings made with the court. In light of the potential threats to my personal safety, I respectfully request that the Court exercise its discretion under this rule to restrict public access to my PII on PACER.

## III. CONCLUSION

Given the direct threats to my safety and the escalating incidents at my residence, I respectfully request that this Honorable Court issue an order directing the Clerk of the Court to redact my personal information, including my home address, from publicly accessible records on PACER.

Dated: October 17, 2024

Respectfully submitted

Donnahue George
Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2024, I filed the foregoing document with the Clerk of the Court for the Southern District of Florida. I further certify that a true and correct copy of this motion is being served this day on all counsel of record via CM/ECF or by other authorized means for those not registered for electronic service.

Respectfully Submitted

Donnahue George

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel certifies that on October16, 2024 a good faith effort to confer with Defendants was made regarding the relief sought herein. Defendants take no position on the relief requested.

Dated: October 17, 2024

Respectfully submitted,

_____
Donnahue George



