**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:21-cv-61719-KMM

DONNAHUE GEORGE,

Plaintiff,

v.

KEN GRIFFIN, *et al.*,

Defendants.
________________________________________/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Donnahue George's (Plaintiff) pro se Motion for Leave to Proceed *in Forma Pauperis* on Appeal and Affidavit of Indigency. ("Motion" or "Mot.") (ECF No. 177). To appeal *in forma pauperis* ("IFP"), a party must file in the district court a motion and an affidavit that "(A) shows . . . the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a).

In assessing a party's inability to pay for the purposes of an IFP motion, courts look to the Department of Health and Human Services poverty guidelines. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004). Here, Plaintiff's Motion includes an accounting of his finances, including an indication that his total monthly income is approximately $7,100. Mot. at 2. The Motion does not indicate the size of Plaintiff's household or his number of dependents, other than indicating that he must pay $1,950 in monthly child support payments. *Id.* Nevertheless, Plaintiff's income (which comes out to $85,200 per year) would put him far above even the $55,720-poverty line for an eight-person household. *See* 91 Fed. Reg. 1797, 1798 (Jan. 15, 2026).

Upon a review of the poverty guidelines, and Plaintiff's income, expenses, and brokerage/investment accounts, the Court finds Plaintiff has not sufficiently shown his inability to pay to be allowed to proceed IFP. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. 177) is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record